**CHAFFE McCALL, LLP**
2300 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Fax: (504) 585-7075
Fernand L. Laudumiey, IV, Esq.
laudumiey@chaffe.com
*Attorneys for Lafourche Parish School Board*
*Sales and Use Tax Collector*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BOWFLEX, INC., et al.[1] | Case No. 24-12364 (ABA) |
| Debtor s | |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, the Lafourche Parish School Board Sales and Use Tax Collector (the "Lafourche Parish Tax Collector"), by and through its attorneys, Chaffe McCall, LLP, appears in the above-captioned case and requests that all notices given or required to be given, and all papers served or required to be served in this case, be given to and served upon the following:

Fernand L. Laudumiey, IV, Esq.
CHAFFE McCALL, LLP
2300 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Fax: (504) 585-7075
E-Mail: laudumiey@chaffe.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: BowFlex Inc. (2667) and BowFlex New Jersey LLC (3679). The Debtors' service address is 17750 S.E. 6th Way, Vancouver, Washington 98683.

#5210430v1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, and, pursuant to Section 1109(b) of the Bankruptcy Code, also includes, without limitation, any notice of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, plans, disclosure statements, reports, answering or reply papers, memoranda and briefs in support of any of the foregoing, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affects or seeks to affect in any way any rights or interests of any creditor, equity security holder, party in interest, and/or other person or entity.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is expressly without prejudice to any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to be a waiver of any objection thereto nor shall it be deemed or construed to submit the Lafourche Parish Tax Collector to the jurisdiction of the Court and it is without prejudice to its rights, remedies and claims against other entities. This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right: (1) to have final orders in non-core matters entered only after de novo review by a District Court judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (3) to have the District Court withdraw the reference in any proceeding subject to mandatory or discretionary withdrawal. All rights, remedies, claims, actions, setoffs or recoupments to which the Lafourche Parish Tax Collector is or may be entitled are hereby expressly reserved, including, without limitation, the making of a motion to dismiss, to seek abstention or to seek withdrawal of the case or a proceeding therein.

                                                  Respectfully submitted,

Dated: March 13, 2024.              CHAFFE McCALL, LLP
                                                  2300 Energy Centre, 1100 Poydras Street
                                                  New Orleans, Louisiana 70163-2300
                                                  Telephone: (504) 585-7000
                                                  Fax: (504) 585-7075

                                                  By:  */s/ Fernand L. Laudumiey, IV*
                                                       David J. Messina, #18341
                                                     messina@chaffe.com
                                                     Fernand L. Laudumiey, IV, #24518
                                                     laudumiey@chaffe.com

                                               *Attorneys for Lafourche Parish School*
                                               *Board Sales and Use Tax Collector*

#5210430v1