UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Martha R. Hildebrandt, Esq.
Richard L. Schepacarter, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: richard.schepacarter@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| BowFlex Inc., *et al.*,[1] | : | Case No. 24-12364 (ABA) |
| Debtors. | : | *(Jointly Administered)* |
| | : | The Honorable Andrew B. Altenburg, Jr. |

**NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the United States Trustee hereby appoints, effective March 15, 2024, the below listed creditors to the Official Committee of Unsecured Creditors in the above captioned cases:

**Zhejiang Arcana Power Sports Tech. CO., LTD.**
Nr.618 Xinxing Avenue
Zonghan, Emerging Industrial Area
Cixi, Zhejiang, China
Yingchang Wu, Chairman & CEO
c/o Brian Mitteldorf, U.S. Agent
4340 Fulton Ave., Third Floor
Sherman Oaks, CA 91423
Tel: (818) 523-6660
Email: blm@cabcollects.com

**Cerence Operating Company**
25 Mall Road, Suite 416
Burlington, MA 01803
Attn:  Anup Shah, General Counsel
Tel: (857) 221-5328
Email: anup.shah@cerence.com

**Core Health and Fitness, LLC**
17800 SE Mill Plain Blvd.
Suite 190
Vancouver, WA 98683
Attn: Jason Leone
Tel: (360) 600-9776
Email: jleone@corehandf.com

---

[1] . The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: BowFlex Inc. (2667) and BowFlex New Jersey LLC (3679). The Debtors' service address is 17750 S.E. 6th Way, Vancouver, Washington 98683.

Page 2
**BowFlex Inc.,** *et al.*
**Appointment of Official Committee of Unsecured Creditors**

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 & 9

*/s/ Martha R. Hildebrandt*
Martha R. Hildebrandt
Assistant United States Trustee

Richard L. Schepacarter
Trial Attorney

Date: March 15, 2024