**Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.**
*An Arkansas Professional Limited Liability Company*
Stan D. Smith, Esq.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone: (501) 688-8830
Email: ssmith@mwlaw.com

*Counsel for Acxiom LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOWFLEX, INC., et al. | ) | Case No. 24-12364-ABA |
| | ) | |
| Debtors[1] | ) | (Joint Administration) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICE

PLEASE TAKE NOTICE that Stan D. Smith and the law firm of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., represent Acxiom LLC ("Acxiom"), as a party-in-interest herein.

The undersigned attorney and law firm hereby enter their appearance pursuant to Bankruptcy Rule 9010(a) and (b) and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f), and 3017(a). All such notices should be addressed as follows:

Stan D. Smith
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201-3525
(501) 688-8830
ssmith@mwlaw.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: BowFlex Inc. (2667) and BowFlex New Jersey LLC (3679). The Debtors' service address is 17750 S.E. 6th Way, Vancouver, Washington 98683.

1

20495808.1

PLEASE TAKE FURTHER NOTICE that, pursuant to § 9010 of the Bankruptcy Rules, the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier or otherwise filed or served with regard to the above case and the proceedings therein.

This request is not intended to and does not constitute a waiver of personal or subject matter jurisdiction or any rights whatsoever that Acxiom has under the Federal Rules of Bankruptcy Procedure or Federal Rules of Civil Procedure, including, but not limited to, Federal Rule of Bankruptcy Procedure 7004 or Federal Rule of Civil Procedure 4.

Dated this 18th day of March 2024.

    Respectfully submitted,

    MITCHELL, WILLIAMS, SELIG,
     GATES & WOODYARD, P.L.L.C.
    425 West Capitol Avenue, Suite 1800
    Little Rock, AR  72201-3525
    (501) 688-8830
    ssmith@mwlaw.com

    By: /s/ Stan D. Smith
        Stan D. Smith (Ark. Bar No. 90117)