## Exhibit B

**Del Genio Declaration**

**SIDLEY AUSTIN LLP**
Matthew A. Clemente (admitted *pro hac vice*)
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
mclemente@sidley.com

Maegan Quejada (admitted *pro hac vice*)
1000 Louisiana Street, Suite 5900
Houston, Texas 77002
Telephone: (713) 495-4500
Facsimile: (713) 495-7799
mquejada@sidley.com

Michael A. Sabino (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
msabino@sidley.com

*Proposed Co-Counsel to the Debtors and
Debtors in Possession*

**FOX ROTHSCHILD LLP**
Joseph J. DiPasquale, Esq.
Mark E. Hall, Esq.
Michael R. Herz, Esq.
49 Market Street
Morristown, New Jersey 07960
Telephone: (973) 992-4800
Facsimile: (973) 992-9125
jdipasquale@foxrothschild.com
mhall@foxrothschild.com
mherz@foxrothschild.com

*Proposed Co-Counsel to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re:<br><br>BOWFLEX INC., *et al.*,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 24-12364 (ABA)<br><br>(Jointly Administered) |

**DECLARATION OF ROBERT DEL GENIO IN SUPPORT OF
THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER
(I) AUTHORIZING THE RETENTION AND EMPLOYMENT OF
FTI CONSULTING, INC. AS INVESTMENT BANKER AND
FINANCIAL ADVISOR TO THE DEBTORS EFFECTIVE AS OF THE**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: BowFlex Inc. (2667) and BowFlex New Jersey LLC (3679). The Debtors' service address is 17750 S.E. 6th Way, Vancouver, Washington 98683.

**PETITION DATE, (II) WAIVING CERTAIN TIMEKEEPING
REQUIREMENTS, AND (III) GRANTING RELATED RELIEF**

Pursuant to 28 U.S.C. § 1746, Robert Del Genio, declares as follows:

1.      I am a Senior Managing Director and the co-leader of the New York Metro Region
for Corporate Finance and Restructuring at FTI Consulting, Inc. ("FTI Consulting" and together
with FTICA, "FTI"), a financial advisory and investment banking firm with numerous offices
throughout the country.

2.      I submit this declaration (the "Declaration") on behalf of FTI in support of the
*Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of FTI
Consulting, Inc. as Investment Banker and Financial Advisor to the Debtors Effective as of the
Petition Date, (II) Waiving Certain Timekeeping Requirements, and (III) Granting Related Relief*
(the "Application").[2]

3.      Unless otherwise stated in this Declaration, I have personal knowledge of the facts
set forth herein and, if called as a witness, I would testify thereto.[3]

### FTI's Qualifications

4.      I believe that FTI and the professionals it employs are uniquely qualified to advise
the Debtors on the matters for which FTI is proposed to be employed in a cost-effective, efficient,
and timely manner.  FTI has a wealth of experience in providing financial advisory services in
restructurings and reorganizations and enjoys an excellent reputation for services it has rendered
in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United
States.

---

[2]   Capitalized terms used but not defined in this Declaration have the meanings used in the Application.

[3]   Certain of the disclosures set forth herein relate to matters not within my personal knowledge but rather within
the knowledge of other employees at FTI and are based on information provided to me by them.

5.      FTI was engaged by the Debtors in early 2023 to assist with liquidity management and other related financial advisory services and was then engaged to assist in preparations related to a chapter 11 filing in December 2023.  Through their engagement, FTI has become familiar with the Debtors' business, management, financial affairs, and capital structure.  Specifically, FTI advised the Debtors prior to the Petition Date regarding, among other things, certain in- and out-of-court restructuring alternatives and ultimately advised the Debtors in preparation for these chapter 11 cases.

### FTI's Disinterestedness

6.      In connection with the preparation of this Declaration, FTI conducted a review of its contacts with the Debtors, their affiliates, and certain entities holding large claims against or interests in the Debtors that were made reasonably known to FTI. A listing of the parties reviewed is reflected on **Schedule 1** to this Declaration. FTI's review, completed under my supervision, consisted of a query of the **Schedule 1** parties within an internal computer database[4] containing names of individuals and entities that are present or recent former clients of FTI.  A summary of such relationships that FTI identified during this process is set forth on **Schedule 2** to this Declaration.

7.      Based on the results of this review, FTI does not have a relationship with any of the parties on **Schedule 1** in matters related the Debtors or these proceedings. FTI has provided and could reasonably be expected to continue to provide services unrelated to the Debtors' cases for the various entities shown on **Schedule 2**. FTI's assistance to these parties has been related to providing various financial restructuring, litigation support, technology, strategic communications,

---

[4]     For the avoidance of doubt, FTI's computer database covers FTI Consulting, Inc. and its wholly-owned subsidiaries globally (including FTICA).

and economic consulting services.  To the best of my knowledge, no services have been provided to these parties in interest which involve their rights in the Debtors' cases, nor does FTI's involvement in this case compromise its ability to continue such consulting services.

8.       In addition to the relationships disclosed on Exhibit B, FTI discloses the following:

a.   It is my understanding that American Express Company is a vendor of the Debtors. Laureen E. Seeger, a member of the board of directors of FTI Consulting, Inc., is currently chief legal officer of the American Express Company. To the best of my knowledge, Ms. Seeger does not have any professional involvement in this matter in any capacity.

b.   It is my understanding that T. Rowe Price Trust Company is a vendor of the Debtors. Upon information and belief, T. Rowe Price Trust Company is an affiliate of T. Rowe Price Group, Inc. Mark S. Bartlett, a member of the board of directors of FTI Consulting, Inc., is also a member of the board of directors of T. Rowe Price Group, Inc. To the best of my knowledge, Mr. Bartlett does not have any professional involvement in this matter in any capacity.

9.       Further, as a part of its diverse practice, FTI appears in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who may represent claimants and parties in interest in the Debtors' chapter 11 cases.  Also, FTI has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings.  In addition, FTI has in the past, may currently, and will likely in the future be working with or against other professionals involved in these chapter 11 cases in matters unrelated to the Debtors and these cases.

Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests adverse to the Debtors in matters upon which FTI is to be employed, and none are in connection with the Debtors' chapter 11 cases.

10.    FTI is not a "creditor" of any of the Debtors within the meaning of Bankruptcy Code section 101(10).  Further, neither I nor any other member of the FTI engagement team serving the Debtors, to the best of my knowledge, (a) is a creditor, equity security holder, or insider of any of the Debtors; (b) is or has been within two years before the Petition Date, a director, officer, or employee of any of the Debtors; or (c) has any interest materially adverse to the interest of the Debtors' estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason. As such, to the best of my knowledge and based upon the results of the relationship search described above and disclosed herein, FTI (i) is a "disinterested person" as defined in Bankruptcy Code section 101(14) and (ii) neither holds nor represents an interest adverse to the Debtors or their estates. Therefore, FTI believes it is eligible to represent the Debtors under Bankruptcy Code section 327(a).

11.    It is FTI's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. If any new material relevant facts or relationships are discovered or arise, FTI will file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

## **Professional Compensation**

12.    During the 90-day period prior to the commencement of these cases, FTI received $2.27 million in payments from the Debtors on account of fees or expense reimbursements as set forth in the below schedule:

Investment Banking Services

| Date | Invoice # | Payment |
|------|-----------|---------|
| January 11, 2024 | 100100045029 | $50,000.00 |
| January 15, 2024 | 100100049154 | 52,737.83 |
| February 22, 2024 | 1001000450294 | 50,034.50 |
| **Total** | | **$152,772.33** |

Restructuring Services[5]

| Date | Invoice # | Payment |
|------|-----------|---------|
| January 4, 2024 | 100100041133 | $37,203.35 |
| January 4, 2024 | 100100042783 | 77,030.73 |
| January 4, 2024 | 100100042787 | 300,000.00 |
| January 11, 2024 | 100100044759 | 115,218,82 |
| January 19, 2024 | 100100045756 | 273,897.64 |
| January 25, 2024 | 100100046680 | 148,000.41 |
| February 1, 2024 | 100100047840 | 179,914.86 |
| February 8, 2024 | 100100049221 | 168,265.63 |
| February 15, 2024 | 100100049792 | 152,858.36 |
| February 15, 2024 | 100100049849 | 211,470.00 |
| February 22, 2024 | 100100050711 | 220,791.77 |
| February 28, 2024 | 100100051584 | 106,000.00 |
| March 4, 2024 | 100100052579 | 26,500.00 |
| **Total** | | **$2,017,151.57** |

Field Exam Services[6]

| Date | Invoice # | Payment |
|------|-----------|---------|
| February 1, 2024 | 100100048454 | 100,000.00 |
| **Total** | | **$100,000.00** |

13.     The fee structure set forth in the Application is consistent with FTI's typical fee for work of this nature.  The fees are set at a level designed to compensate FTI fairly for the work of its professionals and assistants and to cover fixed and routine overhead expenses.  It is FTI's policy to charge its clients for all disbursements and expenses incurred in the rendition of services.

---

[5]     Includes payment of retainer balance of $300,000.00.

[6]     Includes payment of retainer balance of $100,000.00.

14.     It is not the general practice of investment banking firms to keep detailed time records similar to those customarily kept by attorneys.  FTI Consulting's professionals, when formally retained in chapter 11 cases, and when required by local rules, do, and in these cases will, keep time records in tenth of an hour increments describing their daily activities and the identity of persons who performed such tasks.

15.     The fee structure set forth in the Application is comparable to those generally charged by investment banking and financial advisory firms of similar stature to FTI and for comparable engagements, both in and out of court, and reflect a balance between a fixed, monthly fee, and contingency amounts which are tied to the consummation and closing of a transaction as contemplated in the FTICA Engagement Letter.

16.     The FTI Engagement Letters were negotiated at arm's length and in good faith, and I believe that the provisions contained therein are reasonable terms and conditions of FTI's employment by the Debtors.  With respect to the FTI Engagement Letters' indemnification provisions, unlike the market for other professionals that a debtor or committee may retain, indemnification is a standard term of the market for investment bankers.  The indemnity, moreover, is comparable to those generally obtained by investment banking firms of similar stature to FTI and for comparable engagements, both in and out of court.

17.     To the best of my knowledge, (a) no commitments have been made or received by FTI with respect to compensation or payment in connection with these cases other than in accordance with applicable provisions of the Bankruptcy Code and the Bankruptcy Rules, and (b) FTI has no agreement with any other entity to share with such entity any compensation received by FTI in connection with these chapter 11 cases.

18.    By reason of the foregoing, I believe FTI is eligible for employment and retention by the Debtors pursuant to sections 327(a) (as modified by section 1107(b)) and 328(a) of the Bankruptcy Code and the applicable Bankruptcy Rules and Bankruptcy Local Rules.

[*Remainder of page intentionally left blank.*]

I declare under penalty of perjury that the foregoing is true and correct.


Executed on March 28, 2024

                                        */s/ Robert Del Genio*
                                        Robert Del Genio
                                        Senior Managing Director
                                        FTI Consulting, Inc.

## Schedule 1

## Potential Parties in Interest Searched[1]

### Debtor Affiliates

BowFlex Inc.

BowFlex New Jersey LLC

### Non-Debtor Affiliates

BowFlex Delaware LLC
Nautilus (Shanghai) Fitness Equipments, Co., Ltd.
Nautilus (Shanghai) Fitness, Co., Ltd.
Nautilus Fitness Canada, Inc.

Nautilus Fitness International B.V
Nautilus Fitness UK, Ltd.
Nautilus Switzerland AG
Pacific Direct LLC

### Banks

Bank of Montreal, Toronto
Credit Suisse, Zurich
Crystal Financial LLC d/b/a SLR Credit Solutions
Industrial And Commercial Bank Of China

JPMorgan Chase Bank, N.A.
Provident Bank
Royal Bank of Canada
Wells Fargo Bank, National Association

### Material Contract Counterparties

ADOBE SYSTEMS, INC (ACH)
Alvarez & Marsal Holdings, LLC
AURUM DATA SOLUTIONS INC
BOOMI INC
CDW Direct, LLC
Chengdu Vantron Technology Co., Ltd. (USR)
COLLINS + PARTNERS, LLC
COMPUNET INC
DISH NETWORK
Embarc Advisors LLC
EQware Engineering, Inc.
Feed Media Inc.
Five9, Inc.
Globant LLC

GUARDSMAN CPS LLC
HOFFMAN AGENCY, THE
Innova Solutions, Inc.
KPMG LLP
NINGBO SHANGYONG FITNESS EQUIPMENT Co., Ltd. (US)
Pepper Foster Consulting, LLC
Protiviti, Inc
Qualtrics LLC
RealRyder International LLC
Seko Logistics (HK) Limited
SEKO WORLDWIDE LLC
SPIRAFLEX, INC.
Stefanini, Inc.
TEKsystems, Inc.

### Debtor and Creditor Restructuring Professionals

Edelman Smithfield
Epiq

Focus Management Group
Fox Rothschild LLP

---

[1]   The inclusion of a name or party on this list is not an admission that such party is, in fact, a member of the category identified by its above referenced header or that it is a party in interest in the Chapter 11 Cases.

FTI Consulting, Inc.
Holland & Hart LLP
Kelley Drye & Warren LLP

McGuireWoods LLP
Morgan, Lewis & Bockius LLP
Sidley Austin LLP

### Current Directors and Officers

Aina E. Konold
Anne G. Saunders
Becky L. Alseth
James "Jim" Barr, IV
John R. Goeltz

Kelley Hall
Patricia "Patty" M. Ross
Ruby Sharma
Shailesh Prakash

### Former Directors and Officers

Alan L. Chan
Bruce M. Cazenave
Carlos Navarro
Christopher K. Quatrochi
Ellen Raim
Garry Wiseman
Jay E. McGregor
Jeffery L. Collins

Ronald P. Badie
M. Carl Johnson, III
Marvin G. Siegert
Richard A. Horn
Sidharth Nayar
Ryan M. Simat
Wayne M. Bolio
William B. McMahon

### Equity Shareholders

Armistice Capital LLC
BlackRock Fund Advisors
Namdar Igal
RBF Capital LLC

Renaissance Technologies LLC
Safe Asset Management LP
The Vanguard Group, Inc.

### Top 30 Unsecured Creditors

Zhejiang Arcana Power Sports Tech. CO., LTD.
Ningbo ShangYong Co., Ltd. (USR)
NINGBO SHANGYONG FITNESS EQUIPMENT Co., Ltd. (US)
Magnate Health Tech. Co., Ltd.
Cerence Operating Company
Core Health and Fitness, LLC (US)
Xiamen Everesports Goods Co., Ltd.
DongYang SOPOP Co., Ltd. (US)
US CUSTOMS & BORDER PROTECTION
Electronic Way Technology Co., Ltd
Impact Tech, Inc.
DISH NETWORK
Dongguan MKS Electronic Controls Co., Ltd.

Go Configure, LLC
Nantong Ironman Co., Ltd. (US)
Lake Forest Bank & Trust Company, N.A.
VI Technologies, Inc.
Brown Printing, Inc.
FedEx (Federal Express Corp.)
TMF POLYMER SOLUTIONS INC. (US)
Columbia Tech Center, LLC
NeoU LLC
Qualtrics LLC
Coherent Solutions, Inc.
Axian, Inc.
GUARDSMAN CPS LLC
Dscout
QualityLogic, Inc.
Kimmel, Kylie
Bank-Jaffe, Leigh

### Insurance Parties

| | |
|---|---|
| ACE American Insurance Company | National Union Fire Insurance Company of Pittsburg, PA |
| Associated Industries Insurance Company, Inc. | Navigators Insurance Company, Inc. |
| AXIS Insurance Company | Old Republic Insurance Company |
| Berkley Insurance Company | The Hartford Insurance Group |
| Chubb | Travelers Property Casualty Insurance Company |
| Federal Insurance Company | |
| First Insurance Funding | Trumbull Insurance Company |
| Hartford Fire Insurance Company | Twin City Fire Insurance Company |
| HDI Global Insurance Company | U.S. Specialty Insurance Company |
| Homeland Insurance Company of New York | WOODRUFF-SAWYER OREGON, INC |
| Lloyds of London - Beazley | XL Insurance America Inc. |
| | XL Specialty Insurance Company |

### Landlords

| | |
|---|---|
| Brodiaea APG, LLC | Granite REIT, LLC |
| Columbia Tech Center, LLC | |

### Lenders, Agents, Indenture Trustees or Other Debtholders

| | |
|---|---|
| Crystal Financial SPV LLC | KATKER 2005 Kft. |

### Letter of Credit & Surety Bond Parties

| | |
|---|---|
| American Alternative Insurance Corporation | Nova Casualty Company |
| Citizens Insurance Company of America | Roanoke Insurance Group |
| Massachusetts Bay Insurance Company | The Hanover Insurance Company |

### Litigation Parties

| | |
|---|---|
| Abrams, Richard | Johnston, Kevin |
| Alleyne, Jesse | Kaushal, Rajni |
| Bank-Jaffe, Leigh | Kensit, Michael |
| Beharry, Jerry | Kimmel, Kylie |
| BOULTON, Scott | Lukaskiewicz, David |
| Chen, Yiwen | Mackay, Trevor |
| Douglas, Blair | Morra, Katie |
| Himmelreich, Ryan | Perry, Keisha |
| Hipskind, Stephen | Polishiuk, Alex |
| Holland, Tom | Zaller, Craig |

### Ordinary Course Professionals

| | |
|---|---|
| Bruce P. Clark P.C. | Edelman (aka Daniel J. Edelman Holdings, Inc.) |
| ClearPort Technologies LLC | |
| Computer Patent Annuities Limited | Fangda Partners |
| Connor Group | Flanagan, Barone & O'Brien, LLC |
| Dentons US LLP | Foster Garvey PC |
| Dorsey & Whitney LLP | Gallagher Bassett |

3

Godfrey & Kahn
Hillis Clark Martin & Peterson P.S.
Husch Blackwell LLP
KLARQUIST SPARKMAN
Lasater & Martin, P.C.
Litchfield Cavo LLP
Mayer Brown LLP (Frankfurt)

Page Fura, P.C.
Perkins Coie LLP
Reilly, McDevitt & Henrich, P.C.
Simpactful, LLC
Stoel Rives
Zientek CFO Consulting LLC

## Other Secured Parties (Lienholders)

ABF Freight System, Inc.
APL LOGISTICS
ARCBEST
BFG Corporation
Data2Logistics LLC
DHL EXPRESS (USA) INC
DHL World Express
Direct Transport, Inc
EXPEDITORS INT'L
EXPEDITORS TRADEWIN, LLC
FedEx (Federal Express Corp.)
FREIGHTQUOTE.COM INC.
IMC Logistics LLC - Pacific
J.B. Hunt Transport, Inc.
Kuehne + Nagel, Inc.
MARY JOYCE ALSTEEN
Oak Harbor Freight Lines, Inc.

OEC Freight Company INC
Old Dominion Freight Line
ONTRAC
Radiant Global Logistics Inc (Airgroup
Corporation)
RAYMOND LEASING CORP
RXO LAST MILE INC.
SCREEN ACTORS GUILD INC
Sporting Goods Shippers Assoc. Inc.
TP Freight Lines
UPS
UPS Supply Chain Solutions, Inc.
XPO Global Forwarding, Inc.
XPO Logistics Global Forwarding (Last
Mile)
YRC (RDWY)

## Payment Processing Companies

Affirm Holdings, Inc.
American Express
CareCredit
Discover
Mastercard

PayPal
Synchrony
Visa
Vive

## Top Retail Customers

AAFES.COM
Academy Sports and Outdoors, Inc.
Amazon.com
Beach Camera
Bert's Bikes And Sport
Best Buy
Brainstorm Logistics
Canadian Tire
CLUB PISCINE QUEBEC C.P.P.Q. INC.
Costco Wholesale
Dick's Sporting Goods Inc.

Fitness Town Inc
Flaman Fitness Edmonton
Lowe's
Nebraska Furniture Mart Inc.
Northern Fitness Solutions
Play It Again Sports
QVC
Rymax
SAMS CLUB
Scheel's
Target

Walmart

## **Taxing & Regulatory Authorities**

| | |
|---|---|
| Acadia Parish School Board | City of Louisville |
| Alabama Department of Revenue | City of Montrose |
| Allen Parish School board | City of New Orleans |
| ARIZONA DEPARTMENT OF REVENUE | City of Northglenn |
| ARKANSAS DEPARTMENT OF FINANCE | CITY OF PORTLAND |
| | City of Pueblo |
| Ascension Parish | City of Seattle - Rev & Consumer Affairs |
| Association of Washington Business | City of Tacoma |
| Assumption Parish | City of Thornton |
| Avoyelles Parish Sales Tax | City of Tucson |
| Beauregard Parish Sheriff Office | City of Westminster |
| Bienville Parish School Board | City of Wheat Ridge |
| Bossier City - Parish | Clark County Treasurer |
| CA Dept of Tax and Fee Administration | Collector, Claiborne Parish Sls Tax Dept. |
| Caddo Shreveport | COLORADO DEPARTMENT OF REVENUE |
| Calcasieu Parish | |
| California Secretary of State | Colorado Secretary of State |
| CCA - Division of Taxation | COMMONWEALTH OF MASSACHUSETTS |
| City of Arvada | |
| City of Aurora | COMPTROLLER OF MARYLAND |
| City of Boulder | CT Commissioner of Revenue Services |
| CITY OF CENTRAL | D.C. TREASURER |
| City of Colorado Springs | Delaware Division of Revenue |
| City of Commerce City | Desoto Parish |
| City of Cortez | East Baton Rouge Parish & City Treasurer |
| City of Delta | East Feliciana Parish Sales Tax Fund |
| City of Denver | Evangeline Parish Tax Commission |
| City of Durango | FLORIDA DEPARTMENT OF REVENUE |
| City of Englewood | FRANCHISE TAX BOARD |
| CITY OF FLAGSTAFF | Franklin Parish School Board |
| City of Fort Collins | GEORGIA DEPT OF REVENUE |
| City of Glendale, CO | Georgia Sales & Use Tax Division |
| City of Glenwood Springs | Grant Parish Sheriff's Sales Tax Fund |
| City of Golden | HAWAII STATE TAX COLLECTOR |
| City of Grand Junction - SUT | IA Sales/Use Tax Processing |
| City of Greeley | Iberville Parish Sales Tax Department |
| City of Greenwood Village | IDAHO STATE TAX COMMISSION |
| City of Lafayette | ILLINOIS DEPARTMENT OF REVENUE |
| City of Lakewood | Illinois Secretary of State |
| City of Lamar | INDIANA DEPARTMENT OF REVENUE |
| City of Littleton | Internal Revenue Service |
| City of Lone Tree | IOWA STATE TREASURER |
| City of Longmont | |

Jackson Parish, Louisiana Sales Tax Collecting Agent (STCA)
Jefferson Davis Parish School Board
Jefferson Parish Sheriff's Office
KANSAS DEPARTMENT OF REVENUE
KANSAS RETAILERS COMPENSATING USE TAX
KENTUCKY DEPARTMENT OF REVENUE
Kentucky State Treasurer
LA Department of Revenue and Taxation
Lafayette Parish School Board
LaFourche Parish School Board
LaSalle Parish Sales Tax Fund
Lincoln Parish
Livingston Parish School Board
LOUISIANA DEPARTMENT OF REVENUE
Maine Revenue Services
MASSACHUSETTS DEPARTMENT OF REVENUE
Minnesota Department of Revenue
MISSISSIPPI STATE TAX COMMISSION
MISSISSIPPI TAX COMMISSION
MISSOURI DEPARTMENT OF REVENUE
MONTANA DEPARTMENT OF REVENUE
Morehouse Sales and Use Tax Commission
Natchitoches Tax Commission
ND Office of State Tax Commissioner
Nebraska Department of Revenue
NEBRASKA DEPT OF REVENUE
Nevada Department of Taxation
NEW HAMPSHIRE DEPT OF REVENUE ADMINISTRATION
New Jersey Sales Tax
NEW MEXICO TAXATION AND REVENUE DEPT.
NEW YORK STATE CORPORATION TAX
NORTH CAROLINA DEPARTMENT OF REVENUE
North Dakota Office of State Tax Commissioner
NYS Sales Tax Processing

Ohio Bureau of Workers Compensation
Ohio Department of Taxation
OKLAHOMA SECRETARY OF STATE
OKLAHOMA TAX COMMISSION
Oregon Department of Revenue
Oregon Dept of Revenue
Oregon SECRETARY OF STATE
Ouachita Parish
PA Department of Revenue
Parish of Caldwell Sales Tax Fund
Parish of Catahoula
Parish of Concordia
Parish of EAST CARROLL
Parish of ST. Bernard
Parish of St. Mary
PENNSYLVANIA DEPARTMENT OF REVENUE
Plaquemines Parish
Pointe Coupee Parish Sales and Use Tax
Rapides Parish Sales Tax Fund
Regional Income Tax Agency
RHODE ISLAND DIVISION OF TAXATION
RI Tax Administrator
Richland Parish Tax Commission
Riverside County Treasurer-Tax Collector
Sabine Parish
Securities and Exchange Commission
SOUTH CAROLINA DEPARTMENT OF REVENUE
South Carolina Tax Commission
South Dakota State Treasurer
St. Charles Parish School Board
St. Helena Parish Sheriff's Office
St. James Parish School Board
St. John the Baptist Parish SUT Office
St. Landry Parish School Board
St. Martin Parish School Board
State of Arkansas
STATE OF CONNECTICUT
State of Michigan
State of New Jersey
State of New Jersey Department of The Treasury
State of New Mexico
Tangipahoa Parish School System

6

TAX COLLECTOR, MULTNOMAH COUNTY
Tax Collector, Parish of St. Tammany
Tennessee Department of Revenue
Terrebonne Parish Sales Tax Fund
Texas COMPTROLLER OF PUBLIC ACCOUNTS
Town of Carbondale
Treasurer of the State of Ohio
TREASURER, STATE OF MAINE
TX State Comptroller
Union Parish School Board
US CUSTOMS & BORDER PROTECTION
US Department of Treasury
Utah State Tax Commission
Vermilion Parish School Board
VERMONT DEPARTMENT OF TAXES

Vernon Parish Sales Tax Department
Virginia Department of Taxation
Virginia State Corporation Commission
WA LABOR AND INDUSTRIES
Washington Parish Sheriff's Office
Washington Secretary of State
Washington State Department of Revenue
Webster Parish School Board
West Baton Rouge Parish
West Carroll Parish School Board
West Feliciana Parish
WEST VIRGINIA STATE TAX DEPARTMENT
West Virginia Tax Department
Winn Parish School Board Sales & Use Tax
WISCONSIN DEPARTMENT OF REVENUE
Wyoming Department of Revenue

### United States Trustee Personnel and Bankruptcy Judges (New Jersey)

Alfaro, Adela
Altenburg, Andrew B., Jr.
Ardelean, Kirsten K.
Arendas, Francyne D.
Artis, Michael
Bielskie, Lauren
Callahan, Kevin
Clausen, Joanne E.
D'Auria, Peter J.
Dugan, Dianne P.
Fuentes, Neidy
Gambardella, Rosemary
Gerardi, David
Gravelle, Christine M.
Green, Tia
Hildebrandt, Martha
Kaplan, Michael B.
Kern, Joseph C.
Kropiewnicki, Daniel C.

McGee, Maggie
Meisel, Stacey
Nikolinos, Alexandria
Oppelt, Tina L.
Ortiz-Ng, Angeliza
Papalia, Vincent F.
Poslusny, Jerrold N., Jr.
Renye, Heather
Schepacarter, Richard
Schneider, Robert J., Jr.
Shaarawy, Adam
Sherwood, John K.
Sodono, Anthony
Sponder, Jeffrey
Steele, Fran B.
Stives, James
Vara, Andrew R.
Wolf, Rachel
Ziemer, William J.

### Utility Providers

China Telecom (America's) Corp
City of Obetz
City of Vancouver Utility Services
Clark Public Utilities
COMCAST CABLE COMMUNICATIONS

Comcast One
DIRECTV LLC
Eastern Municipal Water District
Frontier Communications Holdings, LLC
JMG Security Systems, Inc.

Level 3 Communications, LLC
(CenturyLink)
LOCAL WASTE SERVICES LTD
Metro Access Control
Moreno Valley Electric Utility
NORTHWEST NATURAL GAS

RecycleWise
VERIZON WIRELESS
Waste Connections of WA, Inc Vancouver
District
Waste Management, Inc.
ZAYO GROUP LLC

**Top Vendors**

ADP INC.
AMAZON MEDIA GROUP LLC
Amazon Web Services, Inc.
Angeion Group, LLC
Axian, Inc.
Cerence Operating Company
Coherent Solutions, Inc.
Core Health and Fitness, LLC (US)
DEVELOPMENTNOW INC
Digital One Corporation
DongYang SOPOP Co., Ltd. (US)
Go Configure, LLC
Grant Thornton LLP
GSPANN Technologies Inc.
Impact Tech, Inc.
Jiangsu Junxia Gym Equipment Co., Ltd
(US)
Koeppel Direct
Magnate Health Tech. Co., Ltd.
Magnate International Limit
Nantong Ironman Co., Ltd. (US)
NeoU LLC
Ningbo ShangYong Co., Ltd. (USR)
ODW LOGISTICS
ORACLE AMERICA, INC
Paypool LLC
QualityLogic, Inc.
Regence BlueCross BlueShield
Salesforce.com, Inc.
Sinosure
SLALOM, LLC
T. Rowe Price Trust Co
The Bluebird Group LLC
VI Technologies, Inc.
Wells Fargo Corporate Card
Xiamen Everesports Goods Co., Ltd.
Zhejiang Arcana Power Sports Tech. CO.,
LTD.

ZINC PRODUCTIONS LLC

8

## **Schedule 2**

### **Parties in Interest Noted for Court Disclosure**

| Party Name | Relationship to Debtors[1] | Relationship to FTI[2] |
|---|---|---|
| BowFlex Inc. | Debtor Affiliates | Current client |
| Credit Suisse, Zurich | Banks | Current client |
| Crystal Financial LLC d/b/a SLR Credit Solutions | Banks | Current client |
| Industrial And Commercial Bank Of China | Banks | Current client |
| JPMorgan Chase Bank, N.A. | Banks | Current client |
| Royal Bank of Canada | Banks | Current client |
| Wells Fargo Bank, National Association | Banks | Current client |
| ADOBE SYSTEMS, INC (ACH) | Material Contract Counterparties | Current client |
| DISH NETWORK | Material Contract Counterparties | Current client |
| KPMG LLP | Material Contract Counterparties | Current client |
| Fox Rothschild LLP | Debtor and Creditor Restructuring Professionals | Current client |
| Holland & Hart LLP | Debtor and Creditor Restructuring Professionals | Current client |
| Kelley Drye & Warren LLP | Debtor and Creditor Restructuring Professionals | Current client |
| McGuireWoods LLP | Debtor and Creditor Restructuring Professionals | Current client |
| Morgan, Lewis & Bockius LLP | Debtor and Creditor Restructuring Professionals | Current client |
| Sidley Austin LLP | Debtor and Creditor Restructuring Professionals | Current client |
| Renaissance Technologies LLC | Equity Shareholders | Former client |

---

[1]   This column lists the relationship(s) between the party and the Debtors as reported on the Debtors' Interested Party List.

[2]   A "current client" is an entity for which there are, as of the date hereof, active matters on which FTI is engaged; a "former client" is an entity for which there are no active matters as of the date hereof, but there may in the future be active matters.

| The Vanguard Group, Inc. | Equity Shareholders | Current client |
|---|---|---|
| DISH NETWORK | Top 30 Unsecured Creditors | Current client |
| FedEx (Federal Express Corp.) | Top 30 Unsecured Creditors | Current client |
| ACE American Insurance Company | Insurance Parties | Current client |
| AXIS Insurance Company | Insurance Parties | Current client |
| Berkley Insurance Company | Insurance Parties | Current client |
| Chubb | Insurance Parties | Current client |
| Federal Insurance Company | Insurance Parties | Current client |
| Hartford Fire Insurance Company | Insurance Parties | Current client |
| HDI Global Insurance Company | Insurance Parties | Current client |
| Lloyds of London - Beazley | Insurance Parties | Current client |
| National Union Fire Insurance Company of Pittsburg, PA | Insurance Parties | Current client |
| Navigators Insurance Company, Inc. | Insurance Parties | Current client |
| The Hartford Insurance Group | Insurance Parties | Current client |
| Travelers Property Casualty Insurance Company | Insurance Parties | Current client |
| Twin City Fire Insurance Company | Insurance Parties | Current client |
| XL Insurance America Inc. | Insurance Parties | Current client |
| XL Specialty Insurance Company | Insurance Parties | Current client |
| Citizens Insurance Company of America | Letter of Credit & Surety Bond Parties | Current client |
| The Hanover Insurance Company | Letter of Credit & Surety Bond Parties | Former client |
| Dentons US LLP | Ordinary Course Professionals | Current client |
| Dorsey & Whitney LLP | Ordinary Course Professionals | Current client |
| Fangda Partners | Ordinary Course Professionals | Current client |
| Foster Garvey PC | Ordinary Course Professionals | Current client |

| Gallagher Bassett | Ordinary Course Professionals | Current client |
|---|---|---|
| Godfrey & Kahn | Ordinary Course Professionals | Current client |
| Hillis Clark Martin & Peterson P.S. | Ordinary Course Professionals | Former client |
| Husch Blackwell LLP | Ordinary Course Professionals | Current client |
| Litchfield Cavo LLP | Ordinary Course Professionals | Former client |
| Mayer Brown LLP (Frankfurt) | Ordinary Course Professionals | Current client |
| Perkins Coie LLP | Ordinary Course Professionals | Current client |
| Stoel Rives | Ordinary Course Professionals | Current client |
| ARCBEST | Other Secured Parties (Lienholders) | Current client |
| Data2Logistics LLC | Other Secured Parties (Lienholders) | Former client |
| DHL EXPRESS (USA) INC | Other Secured Parties (Lienholders) | Former client |
| FedEx (Federal Express Corp.) | Other Secured Parties (Lienholders) | Current client |
| J.B. Hunt Transport, Inc. | Other Secured Parties (Lienholders) | Current client |
| UPS | Other Secured Parties (Lienholders) | Current client |
| YRC (RDWY) | Other Secured Parties (Lienholders) | Current client |
| Affirm Holdings, Inc. | Payment Processing Companies | Current client |
| American Express | Payment Processing Companies | Current client |
| Discover | Payment Processing Companies | Current client |
| Mastercard | Payment Processing Companies | Current client |
| PayPal | Payment Processing Companies | Current client |

| | | |
|---|---|---|
| Synchrony | Payment Processing Companies | Current client |
| Visa | Payment Processing Companies | Current client |
| Academy Sports and Outdoors, Inc. | Top Retail Customers | Current client |
| Amazon.com | Top Retail Customers | Current client |
| Costco Wholesale | Top Retail Customers | Current client |
| Lowe's | Top Retail Customers | Current client |
| Nebraska Furniture Mart Inc. | Top Retail Customers | Current client |
| QVC | Top Retail Customers | Current client |
| Target | Top Retail Customers | Current client |
| Walmart | Top Retail Customers | Current client |
| City of Fort Collins | Taxing & Regulatory Authorities | Current client |
| COMMONWEALTH OF MASSACHUSETTS | Taxing & Regulatory Authorities | Current client |
| Internal Revenue Service | Taxing & Regulatory Authorities | Current client |
| Parish of ST. Bernard | Taxing & Regulatory Authorities | Former client |
| Securities and Exchange Commission | Taxing & Regulatory Authorities | Current client |
| State of New Mexico | Taxing & Regulatory Authorities | Former client |
| US Department of Treasury | Taxing & Regulatory Authorities | Former client |
| COMCAST CABLE COMMUNICATIONS | Utility Providers | Former client |
| DIRECTV LLC | Utility Providers | Current client |
| Level 3 Communications, LLC (CenturyLink) | Utility Providers | Current client |
| VERIZON WIRELESS | Utility Providers | Current client |
| Waste Management, Inc. | Utility Providers | Current client |
| ZAYO GROUP LLC | Utility Providers | Current client |
| ADP INC. | Top Vendors | Current client |
| Amazon Web Services, Inc. | Top Vendors | Current client |
| Grant Thornton LLP | Top Vendors | Current client |
| Regence BlueCross BlueShield | Top Vendors | Current client |

| Salesforce.com, Inc. | Top Vendors | Current client |
| --- | --- | --- |