Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| In Re:<br><br>BOWFLEX INC., *et al.*,[1]<br><br>        Debtors. | |

**Order Filed on April 23, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Chapter 11

Case No. 24-12364 (ABA)

(Jointly Administered)

## ORDER OVERRULING THE LIMITED OBJECTION
## BY SCHWINN ACQUISITION LLC TO ASSUMPTION AND ASSIGNMENT OF
## THE LIMITED LIABILITY COMPANY AGREEMENT OF PACIFIC DIRECT, LLC

    The relief set forth on page number three (3), is **ORDERED.**

**DATED: April 23, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: BowFlex Inc. (2667) and BowFlex New Jersey LLC (3679). The Debtors' service address is 17750 S.E. 6th Way, Vancouver, Washington 98683.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**SIDLEY AUSTIN LLP**
Matthew A. Clemente (admitted *pro hac vice*)
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
mclemente@sidley.com

Maegan Quejada (admitted *pro hac vice*)
1000 Louisiana Street, Suite 5900
Houston, Texas 77002
Telephone: (713) 495-4500
Facsimile: (713) 495-7799
mquejada@sidley.com

Michael A. Sabino (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
msabino@sidley.com

**FOX ROTHSCHILD LLP**
Joseph J. DiPasquale, Esq.
Mark E. Hall, Esq.
Michael R. Herz, Esq.
49 Market Street
Morristown, NJ 07960
Telephone: (973) 992-4800
Facsimile:  (973) 992-9125
jdipasquale@foxrothschild.com
mhall@foxrothschild.com
mherz@foxrothschild.com

*Co-Counsel to the Debtors and*
*       Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | BOWFLEX INC., *et al*. |
| Case No. | 24-12364 (ABA) |
| Caption of Order: | Order Overruling the Limited Objection by Schwinn Acquisition LLC to Assumption and Assignment of the Limited Liability Company Agreement of Pacific Direct, LLC |

On April 15, 2024, the Court entered the *Order (I) Approving the Sale of the Acquired Assets Free and Clear of all Liens, Claims and Encumbrances, (II) Authorizing the Debtors to Enter into and Perform their Obligations under the Asset Purchase Agreement, and (III) Granting Related Relief* [Docket No. 288] (the "Sale Order").[2]

On April 18, 2024, the Court conducted a hearing (the "Hearing") on the *Limited Objection by Schwinn Acquisition LLC to Assumption and Assignment of the Limited Liability Company Agreement of Pacific Direct, LLC* [Docket No. 203] (the "Schwinn Objection"). Pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedures, the Court's findings of fact and conclusions of law were made on the record of the Hearing.

**IT IS HEREBY ORDERED THAT:**

1.	The Schwinn Objection is **OVERRULED**.

2.	The limited liability company agreement of Pacific Direct, LLC, as described in the Contract Assumption Notices (the "Agreement") is assumed and assigned to Purchaser, in whole, including all economic and non-economic benefits thereunder.

3.	The Sale Order, APA and all other ancillary documents (including, for avoidance of doubt, the Assigned Contract Schedule), and all of the terms and conditions thereof are enforceable with respect to the Agreement.

---

[2] Capitalized terms not otherwise defined shall have the meaning ascribed to them in the Sale Order.