**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BOWFLEX INC., *et al.*,[1] | Case No. 24-12364 (ABA) |
| Debtors. | (Jointly Administered) |

**NOTICE OF REJECTION OF EXECUTORY**
**CONTRACTS AND UNEXPIRED LEASES**

      **PLEASE TAKE NOTICE** that on March 4, 2024 (the "Petition Date"), BowFlex Inc. and its debtor affiliate, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), each commenced with the United States Bankruptcy Court for the District of New Jersey (the "Court") a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

      **PLEASE TAKE FURTHER NOTICE** that on May 17, 2024, the Court entered an order [Docket No. 386] (the "Rejection Procedures Order"),[2] approving, among other things, procedures (the "Rejection Procedures") for the rejection of executory contracts and unexpired leases.

      **PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Rejection Procedures Order, the Debtors hereby provide notice (this "Notice") of their intent to reject the below-referenced contracts and leases.  Pursuant to the terms of the Rejection Procedures Order, unless a written objection is filed and served in accordance with the terms of the Rejection Procedures Order, the following contracts and leases will be rejected pursuant to section 365(a) of the Bankruptcy Code, effective as of the date on which the Notice was filed (the "Rejection Date"):

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: BowFlex Inc. (2667) and BowFlex New Jersey LLC (3679).  The Debtors' service address is 2114 Main Street, Suite 100-341, Vancouver, WA 98660.

[2]    Capitalized terms used but not defined herein have the meaning given to them in the Rejection Procedures Order.

## EXECUTORY CONTRACTS
## OTHER THAN UNEXPIRED REAL PROPERTY LEASES

| Title / Description of Contract | Counterparty Name | Counterparty Address | Effective Date of Rejection |
|---|---|---|---|
| Agreement for the Secure Handling and Protection of Vital Records (incl. Service Provider Agreement Addendum Data Confidentiality and Compliance) | Archive Systems, Inc. (a/k/a Access) | 4 First Avenue, Peabody, MA 01960 | July 31, 2024 |

## UNEXPIRED REAL PROPERTY LEASES

| Address of Subject Property | Landlord Name and Address | Description of Abandoned Property | Effective Date of Rejection |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

**PLEASE TAKE FURTHER NOTICE** that any personal property including inventory, furniture, fixtures, equipment or other materials remaining at the premises subject to the unexpired real property leases as of the Rejection Date shall be deemed abandoned by the Debtors to the applicable Landlord.

**PLEASE TAKE FURTHER NOTICE** that with respect to any personal property that is leased to the Debtors by a third party or owned by a third party, such third party shall contact the Debtors and remove or cause to be removed such personal property from the Leased Premises prior to the Rejection Date. If any such personal property remains on the Leased Premises after the Rejection Date, the Landlord may dispose of any and all such property as set forth in the Rejection Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to this Notice must be filed and served so that such objection is filed with the Court and actually received by the following parties no later than 10 days after the date of service of this Notice (the "Rejection Objection Deadline"): (i) the counter party to the rejected contract or lease (the "Counterparty"), and its counsel, if known, at the last known address available to the Debtors; (ii) with respect to leases, any known third party having an interest in personal property located in or on the leased premises (the "Leased Premises"); (iii) any party known to assert a lien in any property subject to the rejected contract or lease; (iv) the Debtors, BowFlex Inc., 2114 Main Street, Suite 100-341, Vancouver, WA 98660, Attn: Legal Department; (v) co-counsel to the Debtors, Sidley Austin LLP, One South Dearborn, Chicago, Illinois 60603, Attn: Matthew A. Clemente

(mclemente@sidley.com), Maegan Quejada (mquejada@sidley.com), and Michael A. Sabino (msabino@sidley.com); (vi) co-counsel to the Debtors, Fox Rothschild LLP, 49 Market Street, Morristown, New Jersey 07960 Attn: Joseph J. DiPasquale (jdipasquale@foxrothschild.com), Mark E. Hall (mhall@foxrothschild.com), and Michael R. Herz (mherz@foxrothschild.com); (vii) Office of the United States Trustee for Region 3, District of New Jersey, Raymond Boulevard, Suite 2100, Newark, NJ 07102, Attn: Richard L. Schepacarter and Jeffrey Sponder; (viii) counsel to the Committee, Kelley Drye & Warren LLP, 3 World Trade Center, 175 Greenwich Street, New York, New York 10007, Attn: Jason R. Adams (jadams@kelleydrye.com) and Eric R. Wilson (ewilson@kelleydrye.com); and (ix) counsel to the Stalking Horse Bidder, (a) Buchalter LLC, 18400 Von Karman Avenue, Ste. 800, Irvine, California 92612, Attn: Caroline Djang (cdjang@buchalter.com) and (b) Gibbons P.C., One Gateway Center, Newark, NJ 07102-5310, Attn: Robert K. Malone (rmalone@gibbonslaw.com) and Kyle P. McEvilly (KMcEvilly@gibbonslaw.com) (collectively, the "Rejection Notice Parties" or the "Objection Notice Parties"). Each Objection must state, with specificity, the grounds for objection to the proposed contract or lease rejection or abandonment of personal property remaining on the Leased Premises.

**PLEASE TAKE FURTHER NOTICE** that if no Objection is filed and served in compliance with the foregoing, the Debtors may submit to the Bankruptcy Court after the Rejection Objection Deadline a proposed order approving the rejection of the contracts and leases set forth in the Notice (substantially in the form attached hereto as **Exhibit A**, the "Rejection Order"), and the Bankruptcy Court may enter such order without a hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Rejection Procedures Order, if no Objection is properly filed and served in compliance with the foregoing, the rejection of each contract and/or lease shall become effective as of the Rejection Date.

**PLEASE TAKE FURTHER NOTICE** that, if an Objection to this Notice is properly filed and served in compliance with the foregoing, a hearing will be scheduled to consider the Objection. If the Objection is overruled or withdrawn, the effective date of rejection shall be the (i) Rejection Date; (ii) such other date to which the Debtors and the counterparty to the Objection have agreed; or (iii) such other date as determined by the Court. If an Objection is filed for fewer than all of the contracts and/or leases included on this Notice, the Debtors may proceed with submitting a proposed Rejection Order in accordance with the above procedures for the remaining contracts and/or leases on this Notice.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Rejection Procedures Order, if the Debtors have deposited funds with a Counterparty as a security deposit or pursuant to some other arrangement, such Counterparty may not setoff or otherwise use such deposit without the prior authority of the Court or agreement of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Rejection Procedures Order, any Rejection Order shall be served on the appropriate Counterparties no later than five (5) days after entry of such order.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Rejection Procedures Order, the deadline to file a proof of claim to assert any damages arising from the

3

rejection of a contract or lease shall be the later of: (i) the deadline to file general unsecured proofs of claim fixed by the Court; and (ii) 30 days after the entry of the Rejection Order.  If you do not timely file such proof of claim, you shall be forever barred from asserting a claim for rejection damages arising from the rejection of the above-referenced contracts and leases and from participating in any distributions that may be made in connection with these chapter 11 cases unless otherwise ordered by the Court.

**PLEASE TAKE FURTHER NOTICE** that a copy of all pleadings filed in these chapter 11 cases, including the Rejection Procedures Order [Docket No. 386], is available for free at https://dm.epiq11.com/case/bowflex or for a fee via PACER at https://ecf.njb.uscourts.gov.

Dated: July 31, 2024

*/s/ Joseph J. DiPasquale*

**FOX ROTHSCHILD LLP**
Joseph J. DiPasquale, Esq.
Mark E. Hall, Esq.
Michael R. Herz, Esq.
49 Market Street
Morristown, NJ 07960
Telephone: (973) 992-4800
Facsimile: (973) 992-9125

jdipasquale@foxrothschild.com
mhall@foxrothschild.com
mherz@foxrothschild.com

**SIDLEY AUSTIN LLP**
Matthew A. Clemente (admitted *pro hac vice*)
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
mclemente@sidley.com

*and*

Maegan Quejada (admitted *pro hac vice*)
1000 Louisiana Street, Suite 5900
Houston, Texas 77002
Telephone: (713) 495-4500
Facsimile: (713) 495-7799
mquejada@sidley.com

*and*

Michael A. Sabino (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
msabino@sidley.com

*Counsel for the Debtors and Debtors in Possession*