**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BOWFLEX INC., *et al.*,[1] | Case No. 24-12364 (ABA) |
| Debtors. | (Jointly Administered) |

**NOTICE OF (I) ENTRY OF THE CONFIRMATION ORDER; (II) OCCURRENCE OF THE EFFECTIVE DATE; AND (III) DEADLINES TO FILE CERTAIN CLAIMS**

TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that on August 19, 2024, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Findings of Fact, Conclusions of Law, and Order Confirming the Second Amended Joint Chapter 11 Plan of Liquidation of BowFlex Inc. and Its Debtor Affiliate* [Docket No. 614] (the "Confirmation Order") confirming the *Second Amended Joint Chapter 11 Plan of Liquidation of BowFlex Inc. and Its Debtor Affiliate* (as may be altered, amended, modified, or supplemented from time to time, including all exhibits and schedules thereto, the "Plan"), which was attached as Exhibit A to the Confirmation Order.[2]

PLEASE TAKE FURTHER NOTICE that the Court has approved certain release, exculpation, injunction, and related provisions in Article IX of the Plan.

PLEASE TAKE FURTHER NOTICE that, on August 23, 2024, the Effective Date of the Plan occurred. Each of the conditions precedent to consummation of the Plan enumerated in Article VIII of the Plan have been satisfied or, if not satisfied, are hereby waived in accordance with the Plan and the Confirmation Order.

PLEASE TAKE FURTHER NOTICE that, except as otherwise set forth in the Plan or the Confirmation Order, the terms of the Plan are immediately effective and enforceable and deemed binding upon the Debtors, the Liquidating Trust, any and all Holders of Claims or Interests (regardless of whether such Claims or Interests are deemed to have accepted or rejected the Plan), all Entities that are parties to or subject to the settlements, compromises, releases, and injunctions described in the Plan, each Entity acquiring property under the Plan or the Confirmation Order,

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: BowFlex Inc. (2667) and BowFlex New Jersey LLC (3679).  The Debtors' service address is 2114 Main Street, Suite 100-341, Vancouver, Washington 98660.

[2]   Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Plan.

any and all non-Debtor Parties to Executory Contracts and/or Unexpired Leases with the Debtors, and all other parties in interest.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan and the Confirmation Order, the deadline for filing requests for payment of Administrative Claims arising on or after April 23, 2024, through and including the Effective Date, other than Professional Fee Claims, is **September 23, 2024**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan and the Confirmation Order, the deadline for Filing applications for Professional Fee Claims is **October 7, 2024**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan and the Confirmation Order, except as otherwise provided in the Plan or the Confirmation Order, each Executory Contract or Unexpired Lease shall be deemed automatically rejected pursuant to sections 365 and 1123. Any Claims based on such rejection of Executory Contracts or Unexpired Leases must be Filed with the Notice and Claims Agent by **September 23, 2024**, and served upon counsel to the Liquidating Trust (Kelley Drye & Warren LLP, 3 World Trade Center, 175 Greenwich Street, New York, NY 10007; Attention Jason R. Adams and Connie Y. Choe). **Any Claims arising from the rejection of an Executory Contract or Unexpired Lease pursuant to the Plan and the Confirmation Order that are not timely Filed will be disallowed immediately, forever barred from assertion, and shall not be enforceable against, as applicable, the Debtors, the Estates, the Liquidating Trust, or any of their respective assets and properties.** All Allowed Claims arising from the rejection of the Debtors' Executory Contracts or Unexpired Leases shall be classified as General Unsecured Claims and shall be treated in accordance with Article V of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the Confirmation Order contain other provisions that may affect your rights. You are encouraged to review the Plan and the Confirmation Order in their entirety.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Plan and the Confirmation Order, any Person or Entity that wishes to continue to receive documents pursuant to Bankruptcy Rule 2002 must File a renewed request to receive documents pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that if you would like to obtain a copy of the Confirmation Order, the Plan, the Plan Supplement, or related documents, free of charge, you may: (a) access the Debtors' restructuring website at https://dm.epiq11.com/case/bowflex/info; (b) write to the Notice and Claims Agent at Epiq Corporate Restructuring, LLC, 10300 SW Allen Blvd., Beaverton, OR 97005; (c) call the Notice and Claims Agent at (888) 311-7005 or (971) 328-4573; or (d) email BowFlexinfo@epiqglobal.com. You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at https://ecf.njb.uscourts.gov/.

*[Remainder of page intentionally left blank.]*

Dated: August 23, 2024

*/s/ Joseph J. DiPasquale*

**FOX ROTHSCHILD LLP**
Joseph J. DiPasquale, Esq.
Mark E. Hall, Esq.
Michael R. Herz, Esq.
49 Market Street
Morristown, NJ 07960
Telephone: (973) 992-4800
Facsimile: (973) 992-9125

jdipasquale@foxrothschild.com
mhall@foxrothschild.com
mherz@foxrothschild.com

**SIDLEY AUSTIN LLP**
Matthew A. Clemente (admitted *pro hac vice*)
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
mclemente@sidley.com

*and*

Maegan Quejada (admitted *pro hac vice*)
1000 Louisiana Street, Suite 5900
Houston, Texas 77002
Telephone: (713) 495-4500
Facsimile: (713) 495-7799
mquejada@sidley.com

*and*

Michael A. Sabino (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
msabino@sidley.com

*Counsel for the Debtors and Debtors in Possession*