Caption in Compliance with D.N.J. LBR 9004-1(b)

| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| In Re:<br><br>BOWFLEX INC., *et al.*,[1]<br><br>    Debtors. |

**Order Filed on September 17, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Chapter 11

Case No. 24-12364 (ABA)

(Jointly Administered)

## ORDER
## (I) AUTHORIZING
## REJECTION OF CERTAIN
## EXECUTORY CONTRACTS AND
## UNEXPIRED LEASES OF NONRESIDENTIAL
## REAL PROPERTY AND (II) GRANTING RELATED RELIEF

The relief set forth on the following pages, numbered three (3) through five (5), is hereby

**ORDERED**.

**DATED: September 17, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: BowFlex Inc. (2667) and BowFlex New Jersey LLC (3679). The Debtors' service address is 2114 Main Street, Suite 100-341, Vancouver, Washington 98660.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**SIDLEY AUSTIN LLP**
Matthew A. Clemente (admitted *pro hac vice*)
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
mclemente@sidley.com

Maegan Quejada (admitted *pro hac vice*)
1000 Louisiana Street, Suite 5900
Houston, Texas 77002
Telephone: (713) 495-4500
Facsimile: (713) 495-7799
mquejada@sidley.com

Michael A. Sabino (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
msabino@sidley.com

**FOX ROTHSCHILD LLP**
Joseph J. DiPasquale, Esq.
Mark E. Hall, Esq.
Michael R. Herz, Esq.
49 Market Street
Morristown, NJ 07960
Telephone: (973) 992-4800
Facsimile: (973) 992-9125
jdipasquale@foxrothschild.com
mhall@foxrothschild.com
mherz@foxrothschild.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | BOWFLEX INC., *et al*. |
| Case No. | 24-12364 (ABA) |
| Caption of Order: | Order (I) Authorizing Rejection of Certain Executory Contracts and Unexpired Leases on Nonresidential Real Property and (II) Granting Related Relief |

Pursuant to and in accordance with the *Order (I) Authorizing Rejection of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property, (II) Approving Procedures for Future Rejection of Additional Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* [Docket No. 386] (the "Rejection Procedures Order");[1] and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Debtors having properly filed and served a "Notice of Rejection of Executory Contracts and Unexpired Leases" (the "Rejection Notice") in accordance with the terms of the Rejection Procedures Order regarding the rejection of Contracts and Leases set forth on **Exhibit 1** hereto; and no timely objections having been filed to the rejection of the Contracts and Leases; and this Court having found that due and adequate notice of the Rejection Procedures Order and the Rejection Notice has been given, and that no other or further notice need be provided; and this Court having determined that the rejections provided for herein are an appropriate exercise of the Debtors' business judgment; and after due deliberation and sufficient cause appearing therefor,

   **IT IS HEREBY ORDERED THAT:**

---

[1] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Rejection Procedures Order.

| | |
|---|---|
| Debtors: | BOWFLEX INC., *et al*. |
| Case No. | 24-12364 (ABA) |
| Caption of Order: | Order (I) Authorizing Rejection of Certain Executory Contracts and Unexpired Leases on Nonresidential Real Property and (II) Granting Related Relief |

1. The Contracts and Leases set forth on **Exhibit 1** attached hereto are hereby rejected pursuant to section 365(a) of the Bankruptcy Code, effective as of the Rejection Date set forth for each Contract and Lease listed on **Exhibit 1**.

2. Counterparties to Contracts and Leases that are rejected pursuant to this Order must file a proof of claim relating to the rejection of such Contracts or Leases, if any, by the later of (a) any applicable claims bar date established in these chapter 11 cases, or (b) 30 days after entry of this Order. If such counterparty does not timely file such proof of claim, such counterparty will be forever barred from asserting a claim for such rejection damages.

3. The Debtors are authorized, but not directed, to abandon Personal Property, if any, remaining at the Premises that the Debtors determine, in their sole discretion, to be of negligible value to the Debtors' estates and which is no longer needed for operating the Debtors' businesses.

4. Nothing in this Order is intended to waive the rights of any landlords to assert any claim, pursuant to, among other things, section 365 of 503 of the Bankruptcy Code, for any costs or expenses that any landlords may incur in relation to any sale or abandonment of any property at their premises, with the Debtors likewise not waiving any defenses.

5. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any pre-petition claim against a Debtor entity; (b) a waiver of the Debtors' right to dispute any pre-petition claim on any grounds; (c) a promise or requirement to pay any pre-petition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Order or the Motion; (e) other than as set forth in the Rejection Notice and on **Exhibit 1** attached to this

(Page | 5)

| | |
|---|---|
| Debtors: | BOWFLEX INC., *et al*. |
| Case No. | 24-12364 (ABA) |
| Caption of Order: | Order (I) Authorizing Rejection of Certain Executory Contracts and Unexpired Leases on Nonresidential Real Property and (II) Granting Related Relief |

Order, a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) a waiver or limitation of the Debtors' rights or the rights of any other Person under the Bankruptcy Code or any other applicable law; or (g) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) satisfied pursuant to the Motion are valid, and the Debtors expressly reserve their rights to contest the extent, validity, or perfection or seek avoidance of all such liens.

6.      If the Debtors have deposited funds with a landlord to any of the Leases, any such landlord may not set off such deposits without prior authority of the Court or written agreement of the Debtors (with email consent from counsel to the Debtors deemed sufficient).

7.      The Debtors are not required to comply with any termination procedures set forth in the Contracts or the Leases identified on **Exhibit 1** attached hereto, or any documents related thereto, and are relieved of any and all payments or performance obligations due under the Contracts or Leases identified on **Exhibit 1** attached hereto incurred after the Petition Date.

8.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Exhibit 1**

**Contracts and Leases to Be Rejected**

**Contracts and Leases to Be Rejected**

| Title / Description of Contract | Counterparty Name | Counterparty Address | Effective Date of Rejection |
|---|---|---|---|
| Master Services Agreement | Zayo | 1821 30th Street – Unit A, Boulder, CO 80301 | August 21, 2024 |

| Address of Subject Property | Landlord Name and Address | Description of Abandoned Property | Effective Date of Rejection |
|---|---|---|---|
| N/A | N/A | N/A | N/A |