James S. Carr, Esq.
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Dana P. Kane, Esq.
Connie Y. Choe, Esq.
KELLEY DRYE & WARREN LLP
One Jefferson Road, Second Floor
Parsippany, NJ 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
Email: jcarr@kelleydrye.com
       ewilson@kelleydrye.com
       dkane@kelleydrye.com
       cchoe@kelleydrye.com

*Counsel to the BowFlex Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BOWFLEX INC., *et al.,* | Case No. 24-12364 (ABA) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF MOTION FOR ENTRY OF ORDER AND FINAL DECREE CLOSING THE CHAPTER 11 CASE OF BOWFLEX NEW JERSEY LLC, WAIVING REQUIREMENT OF FURTHER POST-CONFIRMATION REPORTING IN SUCH <u>CHAPTER 11 CASE, AND UPDATING CASE CAPTION</u>**

     **PLEASE TAKE NOTICE** that on October 15, 2024 at 2:00 p.m. (ET), or as soon

thereafter as counsel may be heard, the BowFlex Liquidating Trust (the "<u>Trust</u>"), established in

the chapter 11 cases of the above-captioned debtors (collectively, the "<u>Debtors</u>"), shall move for

the entry of an order closing the chapter 11 case of BowFlex New Jersey LLC (the "<u>Motion</u>")

before the Honorable Andrew B. Altenburg, Jr., United States Bankruptcy Judge, United States

---

[1]     The Debtors in these chapter 11 cases are BowFlex Inc. and BowFlex New Jersey LLC.  The Debtors' service address is 17750 S.E. 6th Way, Vancouver, Washington 98683.

Bankruptcy Court for the District of New Jersey, Mitchell H. Cohen U.S. Courthouse, Courtroom 4B, 400 Cooper Street, 4th Floor, Camden, NJ 08101.

**PLEASE TAKE FURTHER NOTICE** that the Motion sets forth the relevant factual bases upon which the relief requested should be granted.  A proposed order granting the relief requested in the Motion is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing, (ii) state with particularity the basis of the objection, and (iii) be filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who regularly practice before the United States Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary, so as to be received no later than seven (7) days before the hearing date set forth above.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed and

served, the Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and

the relief requested may be granted without further notice or hearing.

Dated:    September 24, 2024           **KELLEY DRYE & WARREN LLP**

                                        */s/ James S. Carr*
                                        James S. Carr, Esq.
                                        Eric R. Wilson, Esq. (admitted *pro hac vice*)
                                        Dana P. Kane, Esq.
                                        Connie Y. Choe, Esq.
                                        One Jefferson Road, Second Floor
                                        Parsippany, NJ 07054
                                        Telephone: (973) 503-5900
                                        Facsimile: (973) 503-5950
                                        Email: jcarr@kelleydrye.com
                                             ewilson@kelleydrye.com
                                             dkane@kelleydrye.com
                                             cchoe@kelleydrye.com

                                        *Counsel to the BowFlex Liquidating Trust*

James S. Carr, Esq.
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Dana P. Kane, Esq.
Connie Y. Choe, Esq.
KELLEY DRYE & WARREN LLP
One Jefferson Road, Second Floor
Parsippany, NJ 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
Email: jcarr@kelleydrye.com
       ewilson@kelleydrye.com
       dkane@kelleydrye.com
       cchoe@kelleydrye.com

*Counsel to the BowFlex Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BOWFLEX INC., *et al.,* | Case No. 24-12364 (ABA) |
| Debtors.[1] | (Jointly Administered) |

**MOTION FOR ENTRY OF ORDER AND FINAL DECREE CLOSING
THE CHAPTER 11 CASE OF BOWFLEX NEW JERSEY LLC, WAIVING
REQUIREMENT OF FURTHER POST-CONFIRMATION REPORTING
IN SUCH CHAPTER 11 CASE, AND UPDATING CASE CAPTION**

The BowFlex Liquidating Trust (the "Trust"), hereby submits this motion (the "Motion") for entry of a final decree closing the chapter 11 case of BowFlex New Jersey LLC pursuant to section 350 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), waiving the requirement of further post-confirmation reporting in BowFlex New Jersey LLC's chapter 11 case,

---

[1]    The Debtors in these chapter 11 cases are BowFlex Inc. and BowFlex New Jersey LLC.  The Debtors' service address is 17750 S.E. 6th Way, Vancouver, Washington 98683.

and updating the case caption to reflect the relief requested herein.  For the avoidance of doubt, the chapter 11 case of BowFlex Inc. shall remain pending and is unaffected by this Motion.  In support of this Motion, the Trust respectfully represents as follows:

### Jurisdiction

1.    The Court has jurisdiction over this matter under 28 U.S.C. § 1334.  This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2).  Venue of this chapter 11 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

2.    The legal bases for the relief requested herein are section 350 of the Bankruptcy Code and Bankruptcy Rule 3022.

### Background

3.    On March 4, 2024 (the "Petition Date"), BowFlex Inc. and BowFlex New Jersey LLC (collectively, the "Debtors") commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code.  The Debtors continued to operate their businesses and manage their assets as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code until the closing of the sale of substantially all of their assets on April 22, 2024.

4.    In accordance with the *Order (I) Directing Joint Administration of the Chapter 11 Cases and (II) Granting Related Relief*, the chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015.[2]

---

[2]    Docket No. 58.

5.      On May 23, 2024, the Debtors filed the *Debtors' Joint Chapter 11 Plan of Liquidation of BowFlex Inc. And Its Debtor Affiliate* (as amended, the "Plan").[3]

6.      On August 19, 2024, the Court entered its *Findings of Fact, Conclusions of Law, and Order Confirming the Second Amended Joint Chapter 11 Plan of Liquidation of BowFlex, Inc. and Its Debtor Affiliate* confirming the Plan.[4]  The Plan went effective on August 23, 2024.[5]

7.      BowFlex New Jersey LLC has paid (or will pay prior to the hearing on this Motion) all required obligations due and owing to the Office of the United States Trustee pursuant to 28 U.S.C. § 1930(a)(6) through the date of closing of BowFlex New Jersey LLC's chapter 11 case.

## Relief Requested

8.      By this Motion, the Trust seeks entry of an order closing the chapter 11 case of BowFlex New Jersey LLC only and waiving the requirement of further post-confirmation reporting in such chapter 11 case.  The chapter 11 case of BowFlex Inc. (Case No. 24-12364 (ABA)) will remain open and is unaffected by this Motion.  In addition, the Trust requests that the Court update the caption of these chapter 11 cases to reflect the closing of BowFlex New Jersey LLC's chapter 11 case.

---

[3]      Docket No. 475.

[4]      Docket No. 614.

[5]      *See Notice of (I) Entry of the Confirmation Order; (II) Occurrence of the Effective Date; and (III) Deadlines to File Certain Claims*.  Docket No. 632.

**Basis for Relief Requested**

9.      Bankruptcy Rule 3022 provides that "[a]fter an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on the motion of a party in interest, shall enter a final decree closing the case."[6]

10.     According to the 1991 Advisory Committee Note to Bankruptcy Rule 3022, factors that a court should consider in determining whether an estate has been fully administered include (a) whether the order confirming the plan has become final, (b) whether deposits required by the plan have been distributed, (c) whether the property proposed by the plan to be transferred has been transferred, (d) whether the debtor or successor of the debtor under the plan has assumed the business or the management of the property dealt with by the plan, (e) whether payments under the plan have commenced, and (f) whether all motions, contested matters, and adversary proceedings have been fully resolved.

11.     Not all of these factors need to exist before the court may enter a final decree, nor are the factors listed in the Advisory Committee note exclusive.[7]  Rather, courts use these factors "as a guide in assisting the . . . decision to close the case."[8]  "The court should not keep the case open only because of the possibility that the court's jurisdiction may be invoked in the future."[9]

---

[6]      Fed. R. Bankr. P. 3022.

[7]      *See, e.g., In re Mold Makers, Inc.*, 124 B.R. 766, 768 (Bankr. N.D. Ill. 1990); *In re Jordan Mfg. Co.*, 138 B.R. 30, 35 (Bankr. C.D. Ill. 1992).

[8]      *Mold Makers*, 124 B.R. at 768.

[9]      *In re Ground Systems, Inc.*, 213 B.R. 1016, 1019 (BAP 9th Cir. 1997).

12. In addition, the fact that not all adversary proceedings or contested matters have been resolved is not necessarily a bar to the entry of a final decree, as a bankruptcy court has the ability to retain jurisdiction over discrete controversies while closing the larger bankruptcy case.[10]

13. Moreover, as the Debtors' estates have been consolidated for distribution purposes pursuant to Section III.A of the Plan and all causes of action belong to the Trust, any and all claims and contested matters may be brought and heard in the BowFlex Inc. case and the Trust may be substituted in as plaintiff as necessary.[11]

14. Each relevant factor, therefore, has been satisfied with respect to the BowFlex New Jersey LLC's chapter 11 case: (a) the order confirming the Plan has become final; (b) the property proposed by the Plan to be transferred has been transferred; (c) the Trust has been funded; and (d) the Debtors' estates have been consolidated for distribution purposes. Accordingly, the Trust seeks to close the BowFlex New Jersey LLC's chapter 11 case. Similar relief has been granted in other cases in this District and others.[12]

---

[10] *See, e.g., In re JMP-Newcor Int'l*, 225 B.R. 462, 465 (Bankr. N.D. Ill. 1998) ("This appears to be a reasonable compromise between the policy against delaying the closing of cases and the need for the court to adjudicate pending matters ancillary to the administration of the bankruptcy estate.").

[11] Additionally, the schedules of BowFlex New Jersey LLC reflect no assets or liabilities. Docket No. 227.

[12] *See, e.g., In re EOGH Liquidation, Inc.*, Case No. 15-31232 (VFP) (Bankr. D.N.J. Dec. 29, 2016), ECF No. 891; *In re Tarragon Corp.*, Case No. 09-10555 (MBK) (Bankr. D.N.J. Sep. 2, 2014), ECF No. 2630; *In re RTW Retailwinds Inc.*, No. 20-18445 (JKS) (Bankr. D.N.J. Feb. 22, 2021), ECF No. 844; *see also In re Tops Market II Corp.*, No. 18-22281 (Bankr. S.D.N.Y. Mar 21, 2019), ECF No. 11; *In re Cumulus Media Inc.*, No. 17-13381 (Bankr. S.D.N.Y. June 29, 2018), ECF No. 883; *In re 21st Century Oncology Holdings*, No. 17-22770 (Bankr. S.D.N.Y. Mar. 23, 2018), ECF No. 1038; *In re Westinghouse Electric Co.*, No. 17-10751 (Bankr. S.D.N.Y. Sept. 25, 2018), ECF No. 3956.

15. As noted above, BowFlex New Jersey LLC intends to pay all required United States Trustee fees prior to the hearing on this Motion. As BowFlex New Jersey LLC makes no disbursements, only the statutory minimum amount of $250 is due each quarter the case is open.

16. Pursuant to section 350(b) of the Bankruptcy Code, the Court retains jurisdiction to reopen BowFlex New Jersey LLC's chapter 11 case for further administration in the unlikely event that the need to do so arises. The relief sought herein will not prejudice any other party in interest. Moreover, closing BowFlex New Jersey LLC's chapter 11 case will relieve both the burden to the Court's docket, as well as to the Trust and the remaining estate from the payment of further administration fees.

17. Accordingly, it is appropriate for the Court to enter a final decree closing BowFlex New Jersey LLC's chapter 11 case, subject to and with the express acknowledgement that all required United States Trustee fees have been paid.

18. In addition, the requirement for further post-confirmation reporting in BowFlex New Jersey LLC's chapter 11 case should be waived. No beneficial purpose would be served by further reporting in such cases.

19. Should the Court grant the Trust's request to close the BowFlex New Jersey LLC's chapter 11 case, the Trust requests that the Court permit the Trust to update the case caption in the remaining chapter 11 case of BowFlex Inc. as follows:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re:<br><br>BOWFLEX, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-12364 (ABA) |

[1]The Debtor's service address is c/o Kelley Drye & Warren LLP, 3 World Trade Center, 175 Greenwich Street, New York, NY 10007.

**Notice**

20.     The Trust has provided notice of the relief requested in this Motion to (a) the United States Trustee for the District of New Jersey, and (b) all parties that have requested such notice pursuant to Bankruptcy Rule 2002.  In light of the nature of the relief requested herein, the Trust submits that no other or further notice need be given.

WHEREFORE, the Trust respectfully requests: (i) entry of a final decree closing

BowFlex New Jersey LLC's chapter 11 case only pursuant to section 350 of the Bankruptcy Code

and Bankruptcy Rule 3022 and waiving the requirements of further post-confirmation reporting in

such chapter 11 cases; (ii) updating the caption of these cases as requested herein; and (iii) granting

such other and further relief as this Court deems just and proper.

Dated:    September 24, 2024          **KELLEY DRYE & WARREN LLP**

*/s/ James S. Carr*
James S. Carr, Esq.
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Dana P. Kane, Esq.
Connie Y. Choe, Esq.
One Jefferson Road, Second Floor
Parsippany, NJ 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
Email: jcarr@kelleydrye.com
　　　ewilson@kelleydrye.com
　　　dkane@kelleydrye.com
　　　cchoe@kelleydrye.com

*Counsel to the BowFlex Liquidating Trust*

11

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KELLEY DRYE & WARREN LLP**
James S. Carr, Esq.
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Dana P. Kane, Esq.
Connie Y. Choe, Esq.
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Tel: (973) 503-5900
Fax: (973) 503-5950
Email:  jcarr@kelleydrye.com
      ewilson@kelleydrye.com
      dkane@kelleydrye.com
      cchoe@kelleydrye.com

*Counsel to the BowFlex Liquidating Trust*

| | |
|---|---|
| In re: | Chapter 11 |
| BOWFLEX INC., *et al.,* | Case No. 24-12364 (ABA) |
| Debtors.[1] | (Jointly Administered) |

### ORDER AND FINAL DECREE CLOSING THE
### CHAPTER 11 CASE OF BOWFLEX NEW JERSEY LLC,
### WAIVING REQUIREMENT OF FURTHER POST-CONFIRMATION
### REPORTING IN SUCH CHAPTER 11 CASE, AND UPDATING CASE CAPTION

The relief set forth on the following pages, number two (2) through and including three

(3), is hereby **ORDERED:**

---

[1]      The Debtors in these chapter 11 cases are BowFlex Inc. and BowFlex New Jersey LLC.  The Debtors' service address is 17750 S.E. 6th Way, Vancouver, Washington 98683.

Page:      2
Debtors:   BowFlex Inc. *et al.*
Case No.:  24-12364 (ABA)
Caption:   Order and Final Decree Closing the Chapter 11 Case of BowFlex New Jersey LLC, Waiving Requirement of Further Post-Confirmation Reporting In Such Chapter 11 Case, and Updating Case Caption

The BowFlex Liquidating Trust, (the "Trust") having filed a motion (the "Motion"),[2] seeking a final decree closing the chapter 11 case of BowFlex New Jersey LLC pursuant to section 350(a) of chapter 11, title 11 of the United States Code as amended and Rule 3022 of the Federal Rules of Bankruptcy Procedure, waiving the requirement of further post-confirmation reporting in BowFlex New Jersey LLC's chapter 11 case, and updating the case caption accordingly; and it appearing that BowFlex New Jersey LLC's chapter 11 case has been fully administered as required by Bankruptcy Code section 350(a) and Bankruptcy Rule 3022, making no further administration necessary; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the following case be closed, effective as of the entry of this Order:

| Case Name | Case Number |
|---|---|
| BowFlex New Jersey LLC | 24-12363 |

and it is further

ORDERED that the requirement to file further post-confirmation reports in BowFlex New Jersey LLC's chapter 11 case shall be and hereby is waived; and it is further

ORDERED that to the extent not already paid, the fees required to be paid by BowFlex New Jersey LLC to the United States Trustee pursuant to 28 U.S.C. § 1930(a)(6) shall be paid by the Trust as soon as reasonably practicable after the date of entry of this Order; and it is further

---

[2]      All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Page:      3
Debtors:   BowFlex Inc. *et al.*
Case No.:  24-12364 (ABA)
Caption:   Order and Final Decree Closing the Chapter 11 Case of BowFlex New Jersey LLC,
           Waiving Requirement of Further Post-Confirmation Reporting In Such Chapter 11
           Case, and Updating Case Caption

ORDERED that the Clerk of the Court shall enter this Order on the docket of

BowFlex New Jersey LLC's chapter 11 case and thereafter such docket shall be marked as

"Closed;" and it is further

ORDERED that the caption of the remaining case is changed to:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BOWFLEX INC.,[1]<br><br>               Debtor. | Chapter 11<br><br>Case No. 24-12364 (ABA) |

[1] The Debtor's service address is c/o Kelley Drye & Warren LLP, 3 World Trade Center, 175 Greenwich Street, New York, NY 10007

and it is further

ORDERED that this Order shall be effective and enforceable immediately upon

entry hereof; and it is further

ORDERED that the Court shall retain jurisdiction pursuant to Bankruptcy Code

section 350(b) to reopen BowFlex New Jersey LLC's chapter 11 case to administer assets, to

accord relief to such entity, or for other cause, and pursuant to and to the extent necessary to

enforce the provisions of the Plan, the Confirmation Order, or this Order.