**KELLEY DRYE & WARREN LLP**
James S. Carr, Esq.
Eric R. Wilson, Esq. (admitted *pro hac vice*)
Maeghan J. McLoughlin, Esq. (admitted *pro hac vice*)
Connie Y. Choe, Esq.
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Tel: (973) 503-5900
Fax: (973) 503-5950
Email: jcarr@kelleydrye.com
          ewilson@kelleydrye.com
          mmcloughlin@kelleydrye.com
          cchoe@kelleydrye.com

*Counsel to the Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BOWFLEX INC., *et al.,* | Case No. 24-12364 (ABA) |
| Debtors.[1] | (Jointly Administered) |
| | Docket No. 678 |

**CERTIFICATION OF NO OBJECTION REGARDING SIXTH
MONTHLY FEE STATEMENT OF KELLEY DRYE & WARREN LLP FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM AUGUST 1, 2024 THROUGH AND INCLUDING AUGUST 23, 2024**

The Court authorized, under D.N.J. LBR 2016-3, compensation to professionals on a monthly basis. Under D.N.J. LBR 2016(c), objections to the monthly fee statement of Kelley Drye & Warren LLP ("Kelley Drye") filed on September 30, 2024 (the "Sixth Monthly Fee Statement") [Docket No. 678], were to be filed and served not later than October 14, 2024.

---

[1] The Debtors in these chapter 11 cases are BowFlex Inc. and BowFlex New Jersey LLC.

I, James S. Carr, certify that, as of October 15, 2024, I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to Kelley Drye's Sixth Monthly Fee Statement has been filed.

Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Dated: October 15, 2024

By:<u>/s/ James S. Carr</u><br>
James S. Carr