|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **KELLEY DRYE & WARREN LLP**<br>James S. Carr, Esq.<br>Eric R. Wilson, Esq. (admitted *pro hac vice*)<br>Maeghan J. McLoughlin, Esq. (admitted *pro hac vice*)<br>One Jefferson Road, 2nd Floor<br>Parsippany, NJ 07054<br>Tel: (973) 503-5900<br>Fax: (973) 503-5950<br>Email: jcarr@kelleydrye.com<br>       ewilson@kelleydrye.com<br>       mmcloughlin@kelleydrye.com<br><br>*Counsel to the Official Committee*<br>*of Unsecured Creditors* | |

Order Filed on November 14, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>BOWFLEX INC.,[1]<br><br>              Debtor. | Chapter 11<br><br>Case No. 24-12364 (ABA)<br><br>(Jointly Administered) |

### ORDER ALLOWING FINAL COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES OF THE RETAINED PROFESSIONALS

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED**.

**DATED: November 14, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

---

[1] The Debtor's service address is c/o Kelley Drye & Warren, 3 World Trade Center, 175 Greenwich Street, New York, NY 10007

Page | 2
Debtor:           BOWFLEX INC.
Case No.          24-12364 (ABA)
Caption of Order: Order Allowing Final Compensation for Services Rendered and Reimbursement of Expenses of the Retained Professionals

Upon consideration of the final fee applications (the "Final Applications") of the professionals (collectively, the "Retained Professionals" and each a "Retained Professional") retained in the above-captioned chapter 11 cases and listed on **Exhibit A** hereto for allowance of compensation and reimbursement of expenses incurred during the final fee period, and the Court having previously authorized the employment of the Retained Professionals in the Debtors' cases, and it appearing that all of the requirements of sections 327, 328, 330, and 331 of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of New Jersey have been satisfied; and it further appearing that the compensation earned and expenses incurred were reasonable and necessary under the circumstances; and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that consideration of the Final Applications and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Final Applications in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Final Applications; and this Court having found that notice of the Final Applications was appropriate under the circumstances and that no other notice need be provided; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

Page | 3
Debtor:            BOWFLEX INC.
Case No.           24-12364 (ABA)
Caption of Order:  Order Allowing Final Compensation for Services Rendered and Reimbursement of Expenses of the Retained Professionals

1. The Final Applications are **GRANTED** to the extent set forth in **Exhibit A**.

2. The Retained Professionals are hereby granted allowance of compensation and reimbursement of expenses in the amounts set forth in **Exhibit A**.

3. In accordance with paragraph 91 of this Courts' *Findings of Fact, Conclusion of Law, and Order Confirming the Second Amended Joint Chapter 11 Plan of Liquidation of BowFlex Inc. and Its Debtor Affiliate* dated August 19, 2024, the Liquidating Trust is hereby authorized and directed to remit to each Retained Professional in the amounts set forth on **Exhibit A**, less all amounts previously paid on account of such fees and expenses, from the Professional Fee Reserve Account.

4. This Order shall constitute a separate order for each Retained Professional and the appeal of any order with respect to any Retained Professional shall have no effect on the authorized fees and expenses of the other Retained Professionals.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

6. This Order shall be effective immediately upon entry.

# Exhibit A

## Retained Professionals

| Retained Professional | Period | Final Fees Requested to be Paid | Final Expenses Requested to be Paid | Final Fees and Expenses Authorized |
|---|---|---|---|---|
| **Kelley Drye & Warren LLP** Counsel to Creditors Committee [Docket No. 686] | March 19, 2024 – August 23, 2024 | $2,029,294.50 | $6,976.07 | $2,036,270.57 |
| **Province LLC** Financial Advisor to Creditors Committee [Docket No. 685] | March 21, 2024 – August 23, 2024 | $701,301.00 | $0.00 | $701,301.00 |
| **Sidley Austin LLP** Co-Counsel to Debtors [Docket No. 692] | March 4, 2024 – August 23, 2024 | $4,410,760.89 | $46,807.56 | $4,457,568.45 |
| **Fox Rothschild LLP** Co-Counsel to Debtors [Docket No. 691] | March 4, 2024 – August 31, 2024 | $817,055.50 | $4,895.34 | $821,950.84 |
| **FTI Consulting, Inc.** Financial Advisor to the Debtors [Docket No. 690] | March 4, 2024 – August 23, 2024 | $1,256,671.00 | $113,540.15 | $1,370,211.15 |
| **Holland & Hart LLP** Special Counsel to the Debtors [Docket No. 689] | March 4, 2024 – August 23, 2024 | $226,282.00 | $0.00 | $226,282.00 |
| **KPMG LLP** Provider of Tax Provision and Tax Consulting Services to the Debtors [Docket No. 688] | March 4, 2024 – August 23, 2024 | $290,047.20 | $0.00 | $290,047.20 |
| **Epiq Corporate Restructuring LLC** Administrative Advisor to the Debtors [Docket No. 687] | March 4, 2024 – August 23, 2024 | $52,129.90 | $0.00 | $52,129.90 |