**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BOWFLEX INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 24-12364 (ABA)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 851** |

## CERTIFICATE OF SERVICE

I, PANAGIOTA MANATAKIS, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 11, 2025, I caused to be served the "Order Granting the BowFlex Liquidating Trust's Sixth Omnibus Objection Seeking to Disallow and Expunge Certain Equity Claims," dated December 10, 2025 [Docket No. 851], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and to one party whose name and address are confidential and therefore not included, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
Panagiota Manatakis

---

[1] The Debtor's service address is c/o Kelley Drye & Warren LLP, 3 World Trade Center, 175 Greenwich Steet, New York, NY 10007. On October 15, 2024, the Court entered the *Order and Final Decree Closing the Chapter 11 Case of BowFlex New Jersey LLC, Waiving Requirement of Further Post-Confirmation Reporting in Such Chapter 11 Case and Updating Case Caption* [Docket No. 698] closing the chapter 11 case of BowFlex New Jersey LLC.

**EXHIBIT A**

BOWFLEX INC.,
Case No. 24-12364 (ABA)
First Class Mail Service

OFFICE OF THE US TRUSTEE
US DEPT OF JUSTICE
ATTN RICHARD L. SCHEPACARTER
J CALEB BOGGS FEDERAL BUILDING
844 N KING STREET, ROOM 2207
WILMINGTON, DE 19801

BOWFLEX INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALRAI, AHMAD | ADDRESS ON FILE |
| ASEFI, AREN | ADDRESS ON FILE |
| DIOP, SILEYE A | ADDRESS ON FILE |
| FEESER, TERESA | ADDRESS ON FILE |
| FRILLMAN, RYAN | ADDRESS ON FILE |
| HERRINGTON, MARK | ADDRESS ON FILE |
| MALI, ARRIELLE | ADDRESS ON FILE |
| MCGEE, CHRISTINE M | ADDRESS ON FILE |
| PALACIO, ALVARO | ADDRESS ON FILE |
| PRABHU | ADDRESS ON FILE |
| TAUBE, DAVID | ADDRESS ON FILE |
| TOLCHINSKY, CADE | ADDRESS ON FILE |
| TURNER, SHINOBU | ADDRESS ON FILE |
| ZHANG, XIDONG | ADDRESS ON FILE |

**Total Creditor count: 14**

**EXHIBIT B**

BOWFLEX INC.
Case No. 24-12364 (ABA)
Email Master Service List

| Name | Email Address |
|---|---|
| ASK LLP | mudem@askllp.com; bmcgrath@askllp.com; jdibattista@askllp.com |
| COOLEY LLP | mneumeister@cooley.com; mdoolin@cooley.com |
| KAMBERLAW LLC | fklorczyk@kamberlaw.com |
| KELLEY DRYE & WARREN LLP | jcarr@kelleydrye.com; ewilson@kelleydrye.com; dkane@kelleydrye.com; cchoe@kelleydrye.com |
| GIBBONS P.C. | rmalone@gibbonslaw.com; kmcevilly@gibbonslaw.com |
| THE MAGNOZZI LAW FIRM, P.C. | mmagnozzi@magnozzilaw.com |
| UNITED STATES TRUSTEE | richard.schepacarter@usdoj.gov |

BOWFLEX INC.
Case No. 24-12364 (ABA)
Email Service List

| Name | Email Address |
| --- | --- |
| FEESER, TERESA | EMAIL ADDRESS ON FILE |
| TAUBE, DAVID | EMAIL ADDRESS ON FILE |
| MCGEE, CHRISTINE M | EMAIL ADDRESS ON FILE |
| FRILLMAN, RYAN | EMAIL ADDRESS ON FILE |
| TOLCHINSKY, CADE | EMAIL ADDRESS ON FILE |
| PALACIO, ALVARO | EMAIL ADDRESS ON FILE |
| DIOP, SILEYE A | EMAIL ADDRESS ON FILE |
| HERRINGTON, MARK | EMAIL ADDRESS ON FILE |
| PRABHU | EMAIL ADDRESS ON FILE |
| ASEFI, AREN | EMAIL ADDRESS ON FILE |
| ZHANG, XIDONG | EMAIL ADDRESS ON FILE |
| ALY, MAHMOUD HOSSAMELDIN | EMAIL ADDRESS ON FILE |
| MALI, ARRIELLE | EMAIL ADDRESS ON FILE |
| TURNER, SHINOBU | EMAIL ADDRESS ON FILE |
| TAUBE, DAVID | EMAIL ADDRESS ON FILE |
| TURNER, SHINOBU | EMAIL ADDRESS ON FILE |