| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**KELLEY DRYE & WARREN LLP**<br>James S. Carr, Esq.<br>Dana P. Kane, Esq.<br>7 Giralda Farms, Suite 340<br>Madison, New Jersey 07940<br>Tel: (973) 503-5900<br>Fax: (973) 503-5950<br>Email:  jcarr@kelleydrye.com<br>             dkane@kelleydrye.com<br><br>*Counsel to the BowFlex Liquidating Trust* | Order Filed on January 8, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>BOWFLEX INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 24-12364 (ABA) |

# ORDER GRANTING THE BOWFLEX LIQUIDATING
# TRUST'S REQUEST FOR THE CASE TO REMAIN OPEN

The relief set forth on the following page, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: January 8, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

---

[1] The Debtor's service address is c/o Kelley Drye & Warren LLP, 3 World Trade Center, 175 Greenwich Steet, New York, NY 10007. On October 15, 2024, the Bankruptcy Court entered the *Order and Final Decree Closing the Chapter 11 Case of BowFlex New Jersey LLC, Waiving Requirement of Further Post-Confirmation Reporting in Such Chapter 11 Case, and Updating Case Caption* [Docket No. 698] closing the chapter 11 case of BowFlex New Jersey LLC.

Page:   2
Debtor: BowFlex Inc.
Case No.: 24-12364 (ABA)
Caption: Order Granting the BowFlex Liquidating Trust's Request for the Case to Remain Open

---

Upon consideration of the *BowFlex Liquidating Trust's Objection to the Notice of Intention to Close Case Pursuant to D.N.J. LBR 3022-1(a)* and the *Status Report in Response to the Notice of Intention to Close Case Pursuant to D.N.J. LBR 3022-1(a)* (together, the "Request")[2] filed by the BowFlex Liquidating Trust (the "Trust") in the above-captioned case (the "Case") in response to the Court's *Notice of Intent to Close Cases Pursuant to D.N.J. LBR 3002-1(a)* (the "Case Closure Notice"),[3] and it appearing that the relief requested in the Request is in the best interests of the above-captioned Debtor's estate, its creditors, and all other parties in interest; and the Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Request being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that no other or further notice need be provided; and no responses to the Request having been filed; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Case Closure Notice is hereby adjourned.

2. The Case shall remain open through and including December 31, 2026, unless the Trust otherwise seeks to close the Case in advance thereof.

3. The hearing on the Case Closure Notice shall be adjourned to January 14, 2027 @ 10:00 a.m., with objections, if any, filed no later than seven (7) days prior to the hearing date.

---

[2]   Docket Nos. 742 and 855.
[3]   Docket No. 734.

Case 24-12364-ABA    Doc 858    Filed 01/08/26    Entered 01/08/26 15:33:22    Desc Main
Document    Page 3 of 3

Page:     3
Debtor:   BowFlex Inc.
Case No.: 24-12364 (ABA)
Caption:  Order Granting the BowFlex Liquidating Trust's Request for the Case to Remain
          Open

4. This Order shall be without prejudice to the rights of the Trust to seek further extensions to keep the Case open pursuant to Local Bankruptcy Rule 3022-1(c).

5. This Court shall retain exclusive jurisdiction to interpret and enforce the provisions of this Order in all respects and further to hear and determine all matters arising from the construction and implementation of this Order.