James S. Carr, Esq.
Dana P. Kane, Esq.
KELLEY DRYE & WARREN LLP
7 Giralda Farms, Suite 340
Madison, NJ 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
Email: jcarr@kelleydrye.com
       dkane@kelleydrye.com

*Counsel to the BowFlex Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BOWFLEX INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-12364 (ABA) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS**
**AND METHODOLOGY REGARDING POST-CONFIRMATION**
**REPORT FOR THE QUARTER ENDED DECEMBER 31, 2025**

      The BowFlex Liquidating Trust (the "Trust"), established in the Chapter 11 case of BowFlex Inc. (Case No. 24-12364), the remaining debtor of two entities that filed voluntary chapter 11 petitions on March 4, 2024 (together, the "Debtors") initiating cases under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases"), has filed the attached post-confirmation report (the "PCR") in the United States Bankruptcy Court for the District of New Jersey (the "Court").[2] UMB Bank, N.A., solely in its capacity as liquidating trustee of the Trust (the "Liquidating Trustee"), prepared the PCR with the assistance of its advisors and professionals. The PCR was prepared solely for the purpose of complying with the post-confirmation quarterly reporting requirements established by the United States Trustee Program (*see https://www.justice.gov/ust/chapter-11-operating-reports*). The PCR should not be relied upon by any persons for any information in connection with current or future financial conditions or events relating to the Debtors, the Trust, or the Debtors' estates.

      The financial information contained in the PCR is preliminary, unaudited, limited in scope, and is not prepared in accordance with accounting principles generally accepted in the

---

[1]     The Debtor's service address is c/o Kelley Drye & Warren LLP, 3 World Trade Center, 175 Greenwich Street, New York, NY 10007.

[2]     The chapter 11 case of BowFlex New Jersey LLC was closed on October 15, 2024. *See* Docket No. 698.

United States of America nor in accordance with other applicable non-bankruptcy law. In preparing the PCR, the Liquidating Trustee relied on financial data from the books and records available to it at the time of such preparation, as well as certain filings on the docket in the Chapter 11 Cases. Although the Liquidating Trustee made commercially reasonable efforts to ensure the accuracy and completeness of the PCR, inadvertent errors or omissions may exist. The Liquidating Trustee reserves the right to amend and supplement the PCR as may be necessary or appropriate.

**Part 1: Summary of Post-Confirmation Transfers**

On August 19, 2024, the Court entered its *Findings of Fact, Conclusions of Law, and Order Confirming the Second Amended Joint Chapter 11 Plan of Liquidation of BowFlex Inc. and Its Debtor Affiliate* (the "Confirmation Order")[3] confirming the *Second Amended Joint Chapter 11 Plan of Liquidation of BowFlex Inc. and Its Debtor Affiliate* (the "Plan").[4] On August 23, 2024 (the "Effective Date"),[5] the Trust was created pursuant to the terms and conditions of the Confirmation Order and Plan and that certain *Liquidating Trust Agreement of the BowFlex Liquidating Trust* dated as of August 23, 2024.

Reported in Part 1 of this PCR are all disbursements made by the Trust in the fourth calendar quarter of 2025 ended December 31, 2025 (the "Current Reporting Period"), which total $531,689.

**Part 2: Pre-Confirmation Professional Fees and Expenses**

Part 2a

Information regarding cumulative pre-confirmation professional fees and expenses included in Part 2a of the PCR, comprising professionals of both the pre-Effective Date Debtors and the Official Committee of Unsecured Creditors, is derived from the order (the "Final Fee Order") approving the final fee applications in the Chapter 11 Cases.[6] The amounts listed in Part 2a under the "Approved Cumulative" are derived from the Final Fee Order entered by the Court.

---

[3] Docket 614.

[4] *Id.* Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

[5] Docket No. 632.

[6] Docket No 715. In the case of FTI Capital Advisors, LLC, the application granted during the third calendar quarter of 2024 (Docket Nos. 666) was a final fee application. Also note that, pursuant to the order authorizing the retention and appointment of Epiq Corporate Restructuring, LLC ("Epiq") as claims and noticing agent (Docket No. 63), Epiq was not required to file fee applications or otherwise seek Court approval of compensation for its services and reimbursement of its expenses when providing services to the Debtors in that capacity, and was to be paid in the ordinary course of business as an administrative expense of the Debtors. Accordingly, Part 2a of this PCR does not include information of the cumulative fees and expenses of Epiq in its capacity as claims and noticing agent to the Debtors, but does report fees and expenses sought by Epiq in a separate capacity as administrative agent to the Debtors. We have included pre-confirmation fees and expenses paid to Epiq as claims and noticing agent in the cumulative "Total cash disbursements" in Part 1 of this PCR to the extent paid post-Effective Date.

Upon information and belief, the Debtors also reported actual disbursements with respect to approved professional fees and expenses on the MORs of BowFlex Inc.

**Part 3: Recoveries of the Holders of Claims and Interests Under Confirmed Plan**

Pursuant to the authority granted to it under Plan, the Trust allowed one filed administrative claim and one filed secured claim during the fourth calendar quarter of 2025 ended December 31, 2025. In connection therewith, the Trust made two distributions for administrative and secured claims as reflected in Part 3a. These amounts are reflected in the "Paid Current Quarter" "Paid Cumulative" and "Allowed Claims" amounts with respect to administrative claims and secured claims.

The claims reconciliation process is ongoing, and as such, disputed claims of all priority levels are not currently reflected in the PCR. As such, reporting with respect to the anticipated total amount of "Allowed Claims" of all priority levels is not possible at this time, with the result that: (i) a figure of "$0" has been entered in the PCR in the column "Allowed Claims," except to the extent of the distributions made to date on account of the allowed administrative claims and secured claims; and (ii) the "Allowed Claims" amounts for administrative claims and secured claims that have been reported to date are subject to change.

Similarly, "Total Anticipated Payments Under Plan" for priority claims and general unsecured claims are unknown at this time and will depend on, among other things: (i) claims reconciliation efforts and the resultant final allowed amount of such claims of every priority level, including the results of efforts to solicit taxpayer identification information (predominantly IRS Form W-9); and (ii) the operating expenses of the Trust. Therefore, a figure of "$0" has been entered in the PCR in the column "Total Anticipated Payments Under Plan" for priority claims and for general unsecured claims, which will be updated when claims are allowed and distributions are made to holders of such allowed claims. The "Total Anticipated Payments Under Plan" amounts for administrative claims and secured claims that have been reported to date are subject to change.

**Part 4: Questionnaire**

The December 31, 2026 date listed in Part 4 is included solely as a placeholder. The Liquidating Trustee cannot currently anticipate, with any degree of certainty, when the application for a Final Decree closing the Chapter 11 Case of BowFlex Inc. may be filed.

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF   NEW JERSEY

In re:  BowFlex Inc.                    §       Case No.   24-12364
                                        §
                                        §
             Debtor(s)                  §       ☐ Jointly Administered

## Post-confirmation Report                                         Chapter 11

Quarter Ending Date: 12/31/2025                    Petition Date: 03/04/2024

Plan Confirmed Date: 08/19/2024                    Plan Effective Date: 08/23/2024

This Post-confirmation Report relates to:  ○ Reorganized Debtor

⦿ Other Authorized Party or Entity:  BowFlex Liquidating Trust
                                     Name of Authorized Party or Entity

/s/ Dana P. Kane                                   Dana P. Kane
Signature of Responsible Party                     Printed Name of Responsible Party

01/21/2026                                         Kelley Drye & Warren LLP
Date                                               7 Giralda Farms, Suite 340
                                                   Madison, NJ 07940
                                                   Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021)                 1

Debtor's Name BowFlex Inc.                                                                 Case No.  24-12364

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $531,689 | $7,638,005 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $531,689 | $7,638,005 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | $0 | $10,705,761 | $0 | $10,705,761 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | KPMG LLP | Other | $0 | $290,047 | $0 | $290,047 |
| ii | Fox Rothschild LLP | Co-Counsel | $0 | $821,951 | $0 | $821,951 |
| iii | Kelley Drye & Warren LLP | Lead Counsel | $0 | $2,036,271 | $0 | $2,036,271 |
| iv | Province LLC | Financial Professional | $0 | $701,301 | $0 | $701,301 |
| v | Sidley Austin LLP | Lead Counsel | $0 | $4,457,568 | $0 | $4,457,568 |
| vi | FTI Consulting, Inc. | Financial Professional | $0 | $1,370,211 | $0 | $1,370,211 |
| vii | FTI Capital Advisors, LLC | Financial Professional | $0 | $750,000 | $0 | $750,000 |
| viii | Holland and Hart LLP | Co-Counsel | $0 | $226,282 | $0 | $226,282 |
| ix | Epiq Corporate Restructuring, L | Other | $0 | $52,130 | $0 | $52,130 |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name BowFlex Inc.                                                                 Case No. 24-12364

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name BowFlex Inc.                                                                 Case No. 24-12364

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxvii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | | $0 | $346,807 | $0 | $346,807 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Grant Thornton | Other | $0 | $346,807 | $0 | $346,807 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

UST Form 11-PCR (12/01/2021)                                    4

Debtor's Name BowFlex Inc.                                                                                          Case No.  24-12364

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

Debtor's Name BowFlex Inc.                                                                                  Case No.  24-12364

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxvii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

Debtor's Name BowFlex Inc.    Case No. 24-12364

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $11,052,568 | $0 | $11,052,568 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $164,029 | $200 | $164,029 | $164,029 | 100% |
| b. Secured claims | $39,042 | $39,042 | $39,042 | $39,042 | 100% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?    Yes ○    No ⦿

  If yes, give date Final Decree was entered: _____

  If no, give date when the application for Final Decree is anticipated: 12/31/2026

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⦿    No ○

Debtor's Name BowFlex Inc.                                                                                        Case No.  24-12364

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan.  Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Tina F. Vitale                                                                       UMB Bank, N.A., Trustee, by Tina F. Vitale
Signature of Responsible Party                                               Printed Name of Responsible Party

Liquidating Trustee                                                                  01/21/2026
Title                                                                                           Date

Debtor's Name BowFlex Inc.                                                                    Case No.  24-12364

Page 1

Other Page 1

Page 2 Minus Tables

Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)                                    9

| Debtor's Name BowFlex Inc. | Case No. 24-12364 |
|---|---|



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)    10